
*Sealed*

United States District Court
Southern District of Texas
FILED
DEC - 6 2011
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Tramell Kukoyi<br><br>STATE OF CALIFORNIA, ex rel. Tramell Kukoyi;<br>STATE OF COLORADO, ex rel. Tramell Kukoyi;<br>STATE OF CONNECTICUT, ex rel. Tramell Kukoyi;<br>STATE OF GEORGIA, ex rel. Tramell Kukoyi;<br>STATE OF ILLINOIS, ex rel. Tramell Kukoyi;<br>STATE OF MARYLAND, ex rel. Tramell Kukoyi;<br>STATE OF MASSACHUSETTS, ex rel. Tramell Kukoyi;<br>STATE OF MICHIGAN, ex rel. Tramell Kukoyi;<br>STATE OF NORTH CAROLINA, ex rel. Tramell Kukoyi;<br>STATE OF TENNESSEE, ex rel. Tramell Kukoyi;<br>STATE OF TEXAS, ex rel. Tramell Kukoyi;<br>STATE OF WISCONSIN, ex rel. Tramell Kukoyi; and Doe States 1 – 22, ex rel. Tramell Kukoyi,<br><br>Plaintiffs,<br><br>v.<br>SavaSeniorCare, L.L.C.;<br>Woodwind Lakes Health & Rehabilitation Center; SSC Houston Woodwind Operating Company, L.L.C.; SSC LP Holdings; SSC Houston Woodwind Operating GP, L.L.C.; SSC Submaster Holdings, L.L.C.; SSC Equity Holdings, L.L.C.; SavaSeniorCare Administrative Services, L.L.C.; SVCare Holdings, L.L.C.; Canyon Sudar Partners; Leonard Grunstein; Murray | CIVIL NO. **H-11-4216**<br><br><br>RELATOR TRAMELL KUKOYI'S ORIGINAL COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729 – 3723 FEDERAL FALSE CLAIMS ACT AND STATES' FALSE CLAIMS ACTS AND PENDANT CLAIMS<br><br><br>**FILED IN CAMERA<br>AND UNDER SEAL**<br><br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| Forman; SavaSeniorCare, L.L.C.; Alpine Living Center; SSC Thorton Operating Company, L.L.C.; Alpine Terrace; SSC Kerrville Alpine Terrace Operating Company, L.P.; Anderson Mill Health and Rehabilitation Center; SSC Austell Operating Company, L.L.C.; Applewood Living Center; SSC Longmont Operating Company, L.L.C.; Arcola Health and Rehabilitation Center; SSC Fort Worth Nursing & Rehabilitation Center Operating Company, L.P.; Arlington Heights Health and Rehabilitation Center; SSC Fort Worth Nursing & Rehabilitation Center Operating Company, L.P.; Ashland Health and Rehabilitation Center; SSC Ashland Operating Company, L.L.C.; Aspen Living Center; SSC Colorado Springs Aspen Operating Company, L.L.C.; Bangs Nursing Home; SSC Bangs Operating Company, L.P.; Bastrop Nursing Center; SSC Bastrop Operating Company, L.P.; Bay Villa Health Care Center; SSC Bay City Operating Company, L.P.; Bel Air Health and Rehabilitation Center; SSC Bel Air Operating Company, L.L.C.; Belmont Lodge Health Care Center; SSC Pueblo Belmont Operating, Company L.L.C.; Berthoud Living Center; SSC Berthoud Operating Company, L.L.C.; Bethesda Health and Rehabilitation Center; SSC Bethesda Operating Company, L.L.C.; Boulder Manor; SSC Boulder Operating Company, L.L.C.; Brazosview Healthcare Center; SSC Richmond Operating Company, L.P.; Brian Center Health & Rehabilitation / Brevard; SSC Brevard Operating Company, L.L.C.; Brian Center Health & Rehabilitation / Canton; SSC Canton Operating Company, L.L.C.; Brian Center Health & Rehabilitation / Durham; SSC Durham Operating Company, L.L.C.; Brian Center Health & Rehabilitation / Goldsboro; SSC Goldsboro Operating Company, L.L.C.; Brian Center Health & | RELATOR TRAMELL KUKOYI'S ORIGINAL COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729 – 3723 FEDERAL FALSE CLAIMS ACT AND STATES' FALSE CLAIMS ACTS AND PENDANT CLAIMS |

Rehabilitation / Hendersonville; SSC § 
Hendersonville Operating Company, § 
L.L.C.; Brian Center Health & § 
Rehabilitation / Hickory East; SSC § 
Hickory East Operating Company, § 
L.L.C.; Brian Center Health & § 
Rehabilitation / Spruce Pine; SSC Spruce § 
Pine Operating Company, L.L.C.; Brian § 
Center Health & Rehabilitation / Statesville; § 
SSC Statesville Brian Center Operating § 
Company, L.L.C.; Brian Center Health & § 
Rehabilitation / Wallace; SSC Wallace § 
Operating Company, L.L.C; Brian Center § 
Health & Rehabilitation / Waynesville; § 
SSC Waynesville Operating Company, § 
L.L.C.; Brian Center Health & § 
Rehabilitation/ Weaverville; SSC § 
Weaverville Operating Company, L.L.C.; § 
Brian Center Health & Rehabilitation / § 
Wilson; SSC Wilson Operating Company, § 
L.L.C.; Brian Center Health & § 
Rehabilitation / Windsor; SSC Windsor §    RELATOR TRAMELL KUKOYI'S
Brian Operating Company, L.L.C.; §    ORIGINAL COMPLAINT PURSUANT
Brian Center Health & Rehabilitation / §    TO 31 U.S.C. §§ 3729 – 3723
Yanceyville; SSC Yanceyville Operating §    FEDERAL FALSE CLAIMS ACT
Company, L.L.C.; Brian Center Health §    AND STATES' FALSE CLAIMS ACTS
& Retirement / Cabarrus; SSC Concord §    AND PENDANT CLAIMS
Operating Company, L.L.C.; Brian Center § 
Health & Retirement / Monroe; SSC § 
Monroe Operating Company, L.L.C.; § 
Brian Center Health & Retirement/ § 
Mooresville; SSC Mooresville Operating § 
Company, L.L.C.; Brian Center Health § 
& Retirement / Winston Salem; § 
SSC Winston-Salem Operating Company, § 
L.L.C.; Brian Center Health and § 
Rehabilitation / Gastonia; SSC Gastonia § 
Operating Company, L.L.C.; Brian Center § 
Health and Rehabilitation Hickory § 
Viewmont; SSC Hickory 13th Operating § 
Company, L.L.C.; Brian Center Health and § 
Rehabilitation / Charlotte; SSC Charlotte § 
Operating Company, L.L.C.; Brian Center § 
Health and Rehabilitation / Eden; SSC Eden § 
Operating Company, L.L.C.; Brian Center § 
Health and Rehabilitation / Hertford; SSC §

| | |
|---|---|
| Hertford Operating Company, L.L.C.; § <br> Brian Center Health and Rehabilitation / § <br> Salisbury; SSC Salisbury Operating § <br> Company, L.L.C.; Brian Center Health and § <br> Retirement / Lincolnton; SSC Lincolnton § <br> Operating Company, L.L.C.; Brian Center § <br> Nursing Care / Lexington; SSC Lexington § <br> Operating Company, L.L.C.; Brian Center § <br> Nursing Center / Shamrock; SSC Charlotte § <br> Shamrock Operating Company, L.L.C.; § <br> Brian Center / Charlotte Retirement § <br> Apartments; SSC Charlotte Retirement § <br> Operating Company, L.L.C.; Bride Brook § <br> Health and Rehabilitation Center; SSC § <br> Niantic Operating Company, L.L.C.; § <br> Cambridge East Healthcare Center; SSC § <br> Oakland Cambridge Operating Company, § <br> L.L.C.; Cambridge North Healthcare Center; § <br> SSC Clawson Operating Company, L.L.C.; § <br> Cambridge South Healthcare Center; SSC § <br> Beverly Hills Operating, Company L.L.C.; § <br> Care Inn of La Grange; SSC Lagrange § <br> Operating Company, L.P.; Cedar Crest; § <br> SSC Montgomery Cedar Crest Operating § <br> Company, L.L.C.; Cedarwood Health Care § <br> Center; SSC Colorado Springs Cedarwood § <br> Operating Company, L.L.C.; Centennial § <br> Healthcare Center; SSC Greeley § <br> Centennial Operating Company, L.L.C.; § <br> Clinton-Aire Healthcare Center; SSC § <br> Clinton Township Operating Company, § <br> L.L.C.; Colonial Columns Nursing § <br> Center; SSC Colorado Springs Colonial § <br> Columns Operating Company, L.L.C.; § <br> Countrybrook Living Center; SSC § <br> Brookhaven Operating Company, L.L.C.; § <br> Courtyard Care Center; SSC San Jose § <br> Operating Company, L.P; Crestmont § <br> Nursing Care Center; SSC Fenton § <br> Operating Company, L.L.C.; Crete § <br> Manor; SSC Crete Operating Company, § <br> L.L.C.; Cypresswood Health and § <br> Rehabilitation Center; SSC Houston § <br> Cypress Wood Operating Company, L.P.; § <br> Deer Creek of Wimberley; SSC Wimberley § <br> Operating Company, L.P.; Diamond Ridge § | Relator Tramell Kukoyi's <br> Original Complaint Pursuant <br> To 31 U.S.C. §§ 3729 – 3723 <br> Federal False Claims Act <br> and States' False Claims Acts <br> and Pendant Claims |

| | |
|---|---|
| HealthCare Center; SSC Pittsburg Operating Company, L.P.; Downtown Health and Rehabilitation Center; SSC Fort Worth Downtown Operating, Company L.P.; Edgewater Care Center; SSC Kerrville Edgewater Operating Company, L.P.; Excell Health Care Center; SSC Oakland Excell Operating Company, L.P.; Fairview Health and Rehabilitation Center; SSC Birmingham Operating Company, L.L.C.; Faith Memorial Nursing Home; SSC Pasadena Operating Company, L.P.; First Colony Health and Rehabilitation Center; SSC Missouri City Operating Company, L.P.; Flagship Healthcare Center; SSC Newport Beach Operating Company, L.P.; Forest Hill Health and Rehabilitation Center; SSC Forest Hill Operating Company, L.L.C.; Fort Collins Health Care Center; SSC Fort Collins Lemay Avenue Operating Company, L.L.C.; Four Corners Health Care Center; SSC Durango Operating Company, L.L.C.; Fruitvale HealthCare Center; SSC Oakland Fruitvale Operating Company, L.P.; Garden Square at Spring Creek; SSC Fort Collins Spring Creek Operating Company, L.L.C.; Glen Burnie Health and Rehabilitation Center; SSC Glen Burnie Operating Company, L.L.C.; Golden Years Nursing and Rehabilitation Center; SSC Marlin Operating Company, L.P.; Grande Prairie Health and Rehabilitation Center; SSC Pleasant Prairie Operating Company, L.L.C.; Greenhills Health and Rehabilitation Center; SSC Nashville Operating Company, L.L.C.; Greenview Manor; SSC Waco Greenview Operating Company, L.P.; Haven Home; SSC Kenesaw Operating Company, L.L.C.; Heritage Harbour Health and Rehabilitation Center; SSC Annapolis Operating Company, L.L.C.; Heritage Manor Health care Center; SSC Flint Operating Company, L.L.C.; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| | RELATOR TRAMELL KUKOYI'S ORIGINAL COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729 – 3723 FEDERAL FALSE CLAIMS ACT AND STATES' FALSE CLAIMS ACTS AND PENDANT CLAIMS |

Hilltop Village Nursing and Rehabilitation Center; SSC Kerrville Hilltop Village Operating Company, L.P.; Hillview Manor SSC Goldthwaite Operating Company, L.P.; Hope Healthcare Center; SSC Westland Operating Company L.L.C.; Huntington Health and Rehabilitation Center; Seventeenth Street Associates, L.L.C.; Interlochen Health and Rehabilitation Center; SSC Arlington Operating Company, L.P.; Jacinto City Healthcare Center; SSC Harris Jacinto City, L.P.; Jewell Care Center of Denver; SSC Denver Red Rocks Operating Company, L.L.C.; Kenansville Health and Rehabilitation Center; SSC Kenansville Operating Company L.L.C.; Kenton Manor; SSC Greeley Kenton Operating Company, L.L.C.; Kountze Nursing Center; SSC Kountze Operating Company, L.P.; La Paloma Nursing Center; SSC San Diego La Paloma Operating Company, L.P.; Lakeshore Village Healthcare Center; SSC Waco Lakeshore Village Operating Company, L.P.; Las Palmas Healthcare Center; SSC McAllen Las Palmas Operating Company, L.P.; Lebanon Health and Rehabilitation Center; SSC Lebanon Operating Company, L.L.C.; Levelland Nursing & Rehabilitation Center; SSC Levelland Operating Company, L.P.; Maple Leaf Health Care; SSC Statesville Maple Leaf Operating Company, L.L.C.; Memorial City Health and Rehabilitation Center; SSC Harris Village, L.P.; Memorial Medical Nursing Center; SSC San Antonio Memorial Operating Company, L.P.; Methuen Health and Rehabilitation Center; SSC Methuen Operating Company, L.L.C.; Minnequa Medicenter: SSC Pueblo Operating Company, L.L.C.; Mission Carmichael HealthCare Center; SSC Carmichael Operating Company, L.P.; Monaco Parkway Health and Rehabilitation Center; SSC Denver South Monaco

§ § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §

RELATOR TRAMELL KUKOYI'S ORIGINAL COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729 – 3723 FEDERAL FALSE CLAIMS ACT AND STATES' FALSE CLAIMS ACTS AND PENDANT CLAIMS

Operating Company, L.L.C.; Montebello §
HealthCare Center; SSC Hamilton §
Operating Company, L.L.C.; Nature §
Trail Health Care Center; SSC Mount §
Vernon Operating Company, L.L.C.; §
Newport Health and Rehabilitation Center; §
SSC Newport Operating Company, L.L.C.; §
Norris Health and Rehabilitation Center; §
SSC Andersonville Operating Company, §
L.L.C.; North Arundel Health and §
Rehabilitation Center; SSC GlenBurnie §
North Arundel Operating Company, §
L.L.C.; North Park Health and §
Rehabilitation Center; SSC McKinney §
Operating Company, L.P.; Northeast §
Atlanta Health and Rehabilitation Center; §
SSC Atlanta Operating Company, L.L.C.; §
Northgate Health and Rehabilitation Center; §
SSC San Antonio Northgate Operating §
Company, L.P.; Northwest Health and §
Rehabilitation Center; SSC Houston §
Northwest Operating Company, L.P.; §
Odin HealthCare Center; SSC Odin §
Operating Company, L.L.C.; Overlea §
Health and Rehabilitation Center; SSC §
Baltimore Operating Company, L.L.C.; §
Palisades Living Center; SSC Palisade §
Operating Company, L.L.C.; Pampa §
Nursing Center; SSC Pampa Operating §
Company, L.P.; Park Highland Nursing §
& Rehabilitation Center; SSC Athens §
Operating Company, L.P.; Pasadena Care §
Center; SSC Pasadena Vista Operating §
Company, L.P.; Patuxent River Health §
and Rehabilitation Center; SSC Laurel §
Operating Company, L.L.C.; Peach Tree §
Place; SSC Weatherford Peach Tree §
 Operating Company, L.P.; Pearl Street §
Health and Rehabilitation Center; SSC §
Englewood Operating Company, L.L.C.; §
Pendleton Health and Rehabilitation §
Center; SSC Mystic Operating Company, §
L.L.C.; Pine Arbor; SSC Silsbee Operating §
Company, L.P.; Randolph Health and §
Rehabilitation Center; SSC Asheboro §
Operating Company, L.L.C.; Retama §

RELATOR TRAMELL KUKOYI'S
ORIGINAL COMPLAINT PURSUANT
TO 31 U.S.C. §§ 3729 – 3723
FEDERAL FALSE CLAIMS ACT
AND STATES' FALSE CLAIMS ACTS
AND PENDANT CLAIMS

| | |
|---|---|
| Manor Nursing Center / Alice; SSC Alice Operating Company, L.P.; Retama Manor Nursing Center / Corpus Christi North; SSC Nueces Retama, L.P.; Retama Manor Nursing Center / Edinburgh; SSC Edinburgh Operating Company, L.P.; Retama Manor Nursing Center / Harlingen; SSC Harlingen Operating Company, L.P.; Retama Manor Nursing Center / Jourdanton; SSC Jourdanton Operating Company, L.P.; Retama Manor Nursing Center / Laredo – South; SSC Laredo South Operating Company, L.P.; Retama Manor Nursing Center / Laredo – West; SSC Laredo West Operating Company, L.P.; Retama Manor Nursing Center / McAllen; SSC McAllen Retama Operating Company, L.P.; Retama Manor Nursing Center / Pleasanton North; SSC Pleasanton North Operating Company, L.P.; Retama Manor Nursing Center/ Pleasanton South; SSC Pleasanton South Operating Company, L.P.; Retama Manor Nursing Center; Raymondville; SSC Raymondville Operating Company, L.P.; Retama Manor Nursing Center / Rio Grande City; SSC Rio Grande City Operating Company, L.P.; Retama Manor Nursing Center / San Antonio / North SSC San Antonio North Operating Company, L.P.; Retama Manor Nursing Center / Weslaco; SSC Weslaco Operating Company, L.P.; San Juan Living Center; SSC Montrose San Juan Operating Company, L.L.C.; SE Massachusetts Health and Rehabilitation Center; SSC New Bedford Operating Company, L.L.C.; Sierra Vista Health Care Center; SSC Loveland Operating Company, L.L.C.; Silver Creek Manor; SSC San Antonio Silver Creek Operating Company, L.P.; Silver Stream Health and Rehabilitation Center; SSC Silver Stream Operating Company, L.L.C.; Southpointe Healthcare Center; SSC Greenfield Operating Company, L.L.C.; Spring Branch Healthcare Center; SSC Harris Spring | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ |
| | RELATOR TRAMELL KUKOYI'S ORIGINAL COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729 – 3723 FEDERAL FALSE CLAIMS ACT AND STATES' FALSE CLAIMS ACTS AND PENDANT CLAIMS |

Branch, L.P.; Spring Creek Healthcare §
Center; SSC Fort Collins Spring Creek §
Operating Company, L.L.C.; Sterling §
Living Center; SSC Sterling Operating §
Company, L.L.C.; Summit Park Health §
and Rehabilitation Center; SSC §
Catonsville Operating Company, L.L.C.; §
Sumter East Health and Rehabilitation §
Center; SSC Sumter East Operating §
Company, L.L.C.; Sunset Manor; SSC §
Brush Sunset Manor Operating Company, §
L.L.C.; Superior Woods Healthcare §
Center; SSC Superior Township §
Operating Company, L.L.C.; Sweeny §
House; SSC Sweeny Operating Company, §
L.P.; Tarzana Health and Rehabilitation §
Center; SSC Tarzana Operating Company, §
L.P.; Terrace Gardens Healthcare Center; §
SSC Colorado Springs Terrace Gardens §
Operating Company, L.L.C.; The Meadows §
Health and Rehabilitation Center; SSC §
Dallas Operating Company, L.P.; The §           Relator Tramell Kukoyi's
Westbury Place; SSC Houston Westbury §           Original Complaint Pursuant
Place Operating Company, L.P.; Virginia §        To 31 U.S.C. §§ 3729 – 3723
Highlands Health and Rehabilitation §            Federal False Claims Act
Center; SSC Germantown Operating §               and States' False Claims Acts
Company, L.L.C.; Warren Woods Health §           and Pendant Claims
and Rehabilitation Center; SSC Warren §
Operating Company, L.L.C.; Weatherford §
Healthcare Center; SSC Weatherford Care §
Center Operating Company, L.P.; §
Westchase Health and Rehabilitation §
Center; SSC Houston Southwest Operating §
Company, L.P.; Westchester Health and §
Rehabilitation Center; SSC Westchester §
Operating Company, L.L.C.; Wilmington §
Health and Rehabilitation Center; SSC §
Wilmington Operating Company, L.L.C.; §
Winchester Lodge Healthcare Center; SSC §
Alvin Operating Company, L.P.; Windsor §
Healthcare Center; SSC Windsor Operating §

Company, L.L.C.; Yuma Life Care Center; §
SSC Yuma Operating Company, L.L.C.; §
Omnicare Inc.; Transcare EMS; Intercare §
Health Services, Inc.; Igor Baranovski; and §
Olga Baranovski, §

Defendants.

# RELATOR TRAMELL KUKOYI'S ORIGINAL COMPLAINT

# TABLE OF CONTENTS

I. INTRODUCTION TO CASE ..........................................................................................1

II. INTRODUCTION TO PARTIES ....................................................................................3

    A. RELATOR TRAMELL KUKOYI ..............................................................................3

    B. INTRODUCTION TO GOVERNMENT PLAINTIFFS ..................................................4

    C. INTRODUCTION TO DEFENDANTS ......................................................................5

        1. SAVASENIORCARE, L.L.C. ......................................................................5

        2. WOODWIND LAKES HEALTH & REHABILITATION CENTER .........................5

        3. SSC HOUSTON WOODWIND OPERATION COMPANY, L.L.C. .....................6

        4. SSC LP HOLDINGS, INC. .........................................................................6

        5. SSC HOUSTON WOODWIND OPERATING GP, L.L.C. ................................6

        6. SSC SUBMASTER HOLDING, L.L.C. ..........................................................7

        7. SSC EQUITY HOLDINGS, L.L.C. ...............................................................7

        8. SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C. ..............................7

        9. SVCARE HOLDINGS, L.L.C. .....................................................................8

        10. CANYON SUDAR PARTNERS ....................................................................8

        11. LEONARD GRUNSTEIN .............................................................................8

        12. MURRAY FORMAN ..................................................................................9

        13. SAVASENIORCARE, L.L.C. ......................................................................9

        14. SAVASENIORCARE'S AFFILIATED FACILITIES ..............................................9

        15. OMNICARE, INC. ...................................................................................36

        16. TRANSCARE EMS ..................................................................................37

        17. INTERCARE HEALTH SERVICES, INC. .......................................................37

|      | 18.  | IGOR BARANOVSKI ............................................................................................37 |
|------|------|---|
|      | 19.  | OLGA BARANOVSKI............................................................................................38 |

III. RESPONDEAT SUPERIOR AND VICARIOUS LIABILITY .........................................38

IV. JURISDICTION AND VENUE ..................................................................................39

V. STATUTORY BACKGROUND ...................................................................................39

  A. INTRODUCTION TO SKILLED NURSING CARE AND FACILITIES ...............................39

    1. Definition of Skilled Nursing Care ................................................................39
    2. Facilities that Provide Skilled Nursing Care ................................................39

  B. MEDICARE REIMBURSEMENT FOR SKILLED NURSING CARE ..................................40

    1. Overview of the Medicare Program ..............................................................40
      a. Medicare Part A Reimbursement for Skilled Nursing Care .............................................................................41
      b. Medicare Part D ..........................................................................43

  C. MEDICAID REIMBURSEMENT FOR SKILLED NURSING CARE ...................................45

    1. Overview of the Medicaid Program ..............................................................45
    2. Medicaid Reimbursement for Skilled Nursing Care .....................................45

  D. CHAMPUS/CHAMPVA REIMBURSEMENT FOR SKILLED NURSING CARE ..................................................................................................................46

    1. Overview of the CHAMPUS/CHAMPVA Programs ...................................46
    2. CHAMPUS/CHAMPVA Reimbursement for Skilled Nursing Care ..........................................................................................................46

  E. PROHIBITION OF KICKBACKS ASSOCIATED WITH MEDICARE ..................................47

    1. Federal Anti-Kickback Statute .......................................................................47

V. DEFENDANTS' SCHEMES TO DEFRAUD THE GOVERNMENT .........................49

  A. RELATOR'S DISCOVERY OF DEFENDANTS' FRAUDULENT ACTIONS ........................49
    1. Fraudulent Retention of Medicare Residents With No Need For Further Skilled Nursing Care Services ................................................49

|     | 2. | Fraudulently Creating Minimum Data Sets Resulting in Higher Reimbursement Rates ..................................................................... 53 |
| --- | --- | --- |
|     | 3. | Fraudulent Billing for Skilled Nursing Care Services Not Provided ............................................................................................ 57 |
|     | 4. | Exclusive Use of Transcare EMS Ambulance Services for all Sava Facilities in Houston, Texas ................................................ 57 |
|     | 5. | Returning Medicare - Medicaid Patients' Pharmaceuticals to Omnicare for Facility Credit ....................................................... 58 |

VI. DEFENDANTS' FRAUDULENT BILLING SCHEME, PAYMENT OF KICKBACKS, AND CONSPIRACY TO DEFRAUD THE GOVERNMENT ........................................................................................................ 60

    A. Sava Fraudulently Bills to Medicare Part A, Medicaid, and CHAMPUS/CHAMPVA ............................................................................. 60

|     | 1. | Fraudulently Reporting That Patients are Eligible for Skilled Nursing Care Services ................................................................ 60 |
| --- | --- | --- |
|     | 2. | Fraudulently Billing for Skilled Nursing Care Services Not Provided ............................................................................................ 62 |
|     | 3. | Fraudulently Creating Minimum Data Sets Resulting in Higher Reimbursement Rates ..................................................................... 63 |
|     | 4. | Fraudulent Use of "RUX" RUG Rate ............................................. 64 |
|     | 5. | Fraudulently Retaining Patients in Violation of Patients' Rights ................................................................................................ 65 |

    B. PROVISION OF KICKBACKS ............................................................................. 66

|     | 1. | Exclusive Use of Transcare EMS Ambulance Services for all Sava Facilities in Houston, Texas ................................................ 66 |
| --- | --- | --- |
|     | 2. | Provision of Employee Bonuses for Maintaining the Census and Billing Medicare Part A ..................................................... 67 |
|     | 3. | Returning Medicare - Medicaid Patients' Pharmaceuticals to Omnicare for Facility Credit ....................................................... 68 |

    C. CONSPIRACY TO DEFRAUD THE GOVERNMENT ........................................ 69

|     | 1. | Sava and Transcare EMS Are Conspiring to Defraud Medicare Part A ............................................................................... 69 |
| --- | --- | --- |
|     | 2. | Sava Is Conspiring With Its Employees to Defraud the Government ................................................................................... 69 |
|     | 3. | Sava, Woodwind Lakes, and Omnicare's Pharmaceutical Scheme Defrauds the Government ...................................................... 70 |

VII. SAVA AND WOODLAND LAKES' RETALIATION AGAINST KUKOYI ........................................................................................................ 70

| | | |
|---|---|---|
| VIII. | ACTIONABLE CONDUCT BY DEFENDANTS UNDER THE FALSE CLAIMS ACT | 75 |
| | A. APPLICABLE LAW | 75 |
| |     1. The False Claims Act | 75 |
| | B. DEFENDANTS' VIOLATIONS OF THE FCA | 78 |
| |     1. Defendants' Scheme to Fraudulently Bill Medicare Part A, Medicaid, and CHAMPUS/CHAMPVA and Provision of Kickbacks Violate the FAC 31 U.S.C. § 3729 (a)(1); 31 U.S.C. § 3729(a)(1)(A) | 78 |
| |     2. Defendants' Scheme to Fraudulently Bill Medicare Part A, Medicaid, and CHAMPUS/CHAMPVA Violates the FCA 31 U.S.C. § 3729(a)(2); 31 U.S.C. § 3729(a)(1)(C) | 80 |
| |     3. Defendants' Conspiracy to Defraud the Government in Violation of the FCA 31 U.S.C. § 3729(a)(3); 31 U.S.C. 3729(a)(1)(C) | 94 |
| |     4. Sava and Woodwind Lakes Retaliated Against Kukoyi in Violation of the FCA | 95 |
| IX. | CAUSES OF ACTION | 96 |
| | A. Count I. – False Claims (31 U.S.C. § 3729) | 96 |
| | B. Count II. – False Records or Statements (31.U.S.C. § 3729(a)) | 97 |
| | C. Count III. – Conspiracy to Defraud the Government (31 U.S.C. § 3729(a)) | 97 |
| | D. Count IV. – Retaliation Against Kukoyi (31 U.S.C. § | 98 |
| | E. Count V. – California False Claims Act | 100 |
| | F. Count VI. – Colorado False Claims Act | 103 |
| | G. Count VII. – Connecticut Act Implementing the Provisions of the Budget Concerning Human Services and Making Changes to Various Social Services Statutes | 107 |
| | H. Count VIII. – Georgia State False Medicaid Claims Act | 111 |
| | I. Count XV. – Illinois Whistleblower Reward and Protection Act | 114 |
| | J. Count X. – Maryland False Claims Act | 117 |

| | K. | Count XI. – Massachusetts Claims Act | 120 |
|---|---|---|---|
| | L. | Count XII. – Michigan Medicaid False Claims Act | 123 |
| | M. | Count XIII. – North Carolina False Claims Act | 127 |
| | N. | Count XIV. – Tennessee Medicaid False Claims Act | 131 |
| | O. | Count XV. – Texas False Claims Act | 133 |
| | P. | Count XVI. – Wisconsin False Claims Act | 140 |
| | Q. | Count XVII. – Common Fund Relief | 143 |
| X. | | DEMAND FOR JURY TRIAL | 144 |