IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 3 0 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Tramell Kukoyi | § § § |
| STATE OF CALIFORNIA, ex rel. Tramell Kukoyi; | § § |
| STATE OF COLORADO, ex rel. Tramell Kukoyi; | § § |
| STATE OF CONNECTICUT, ex rel. Tramell Kukoyi; | § § |
| STATE OF GEORGIA, ex rel. Tramell Kukoyi; | § § |
| STATE OF ILLINOIS, ex rel. Tramell Kukoyi; | § § |
| STATE OF MARYLAND, ex rel. Tramell Kukoyi; | § § |
| STATE OF MASSACHUSETTS, ex rel. Tramell Kukoyi; | § § |
| STATE OF MICHIGAN, ex rel. Tramell Kukoyi; | § § |
| STATE OF NORTH CAROLINA, ex rel. Tramell Kukoyi; | § § |
| STATE OF TENNESSEE, ex rel. Tramell Kukoyi; | § § |
| STATE OF TEXAS, ex rel. Tramell Kukoyi; | § § |
| STATE OF WISCONSIN, ex rel. Tramell Kukoyi; and Doe States 1 – 22, ex rel. Tramell Kukoyi, | § § § |
| | § |
| Plaintiffs, | § § |
| | § |
| v. | § |
| SavaSeniorCare, L.L.C.; Woodwind Lakes Health & Rehabilitation Center; SSC Houston Woodwind Operating Company, L.L.C.; SSC LP Holdings; SSC Houston Woodwind Operating GP, L.L.C.; SSC Submaster Holdings, L.L.C.; SSC Equity Holdings, L.L.C.; SavaSeniorCare Administrative Services, L.L.C.; SVCare Holdings, L.L.C.; Canyon Sudar Partners; Leonard Grunstein; Murray | § § § § § § § § § § § § § |

CIVIL NO. H-11-4216

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

RELATOR TRAMELL KUKOYI'S
FIRST AMENDED COMPLAINT
PURSUANT TO 31 U.S.C. §§ 3729 – 3723
FEDERAL FALSE CLAIMS ACT
AND STATES' FALSE CLAIMS ACTS
AND PENDENT CLAIMS

**FILED UNDER SEAL**

**JURY TRIAL DEMANDED**

Forman; SavaSeniorCare, L.L.C.;
Alpine Living Center; SSC Thorton
Operating Company, L.L.C.; Alpine
Terrace; SSC Kerrville Alpine Terrace
Operating Company, L.P.; Anderson
Mill Health and Rehabilitation Center;
SSC Austell Operating Company,
L.L.C.; Applewood Living Center;
SSC Longmont Operating Company,
L.L.C.; Arcola Health and Rehabilitation
Center; SSC Fort Worth Nursing &
Rehabilitation Center Operating Company,
L.P.; Arlington Heights Health and
Rehabilitation Center; SSC Fort Worth
Nursing & Rehabilitation Center Operating
Company, L.P.; Ashland Health and
Rehabilitation Center; SSC Ashland
Operating Company, L.L.C.; Aspen
Living Center; SSC Colorado Springs
Aspen Operating Company, L.L.C.;
Bangs Nursing Home; SSC Bangs
Operating Company, L.P.; Bastrop Nursing
Center; SSC Bastrop Operating Company,
L.P.; Bay Villa Health Care Center; SSC
Bay City Operating Company, L.P.; Bel
Air Health and Rehabilitation Center; SSC
Bel Air Operating Company, L.L.C.;
Belmont Lodge Health Care Center;
SSC Pueblo Belmont Operating, Company
L.L.C.; Berthoud Living Center; SSC
Berthoud Operating Company, L.L.C.;
Bethesda Health and Rehabilitation Center;
SSC Bethesda Operating Company, L.L.C.;
Boulder Manor; SSC Boulder Operating
Company, L.L.C.; Brazosview Healthcare
Center; SSC Richmond Operating
Company, L.P.; Brian Center Health &
Rehabilitation / Brevard; SSC Brevard
Operating Company, L.L.C.; Brian Center
Health & Rehabilitation / Canton; SSC
Canton Operating Company, L.L.C.; Brian
Center Health & Rehabilitation / Durham;
SSC Durham Operating Company, L.L.C.;
Brian Center Health & Rehabilitation /
Goldsboro; SSC Goldsboro Operating
Company, L.L.C.; Brian Center Health &

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

RELATOR TRAMELL KUKOYI'S
FIRST AMENDED COMPLAINT
PURSUANT TO 31 U.S.C. §§ 3729 – 3723
FEDERAL FALSE CLAIMS ACT
AND STATES' FALSE CLAIMS ACTS
AND PENDENT CLAIMS

Rehabilitation / Hendersonville; SSC
Hendersonville Operating Company,
L.L.C.; Brian Center Health &
Rehabilitation / Hickory East; SSC
Hickory East Operating Company,
L.L.C.; Brian Center Health &
Rehabilitation / Spruce Pine; SSC Spruce
Pine Operating Company, L.L.C.; Brian
Center Health & Rehabilitation / Statesville;
SSC Statesville Brian Center Operating
Company, L.L.C.; Brian Center Health &
Rehabilitation / Wallace; SSC Wallace
Operating Company, L.L.C; Brian Center
Health & Rehabilitation / Waynesville;
SSC Waynesville Operating Company,
L.L.C.; Brian Center Health &
Rehabilitation/ Weaverville; SSC
Weaverville Operating Company, L.L.C.;
Brian Center Health & Rehabilitation /
Wilson; SSC Wilson Operating Company,
L.L.C.; Brian Center Health &
Rehabilitation / Windsor; SSC Windsor
Brian Operating Company, L.L.C.;
Brian Center Health & Rehabilitation /
Yanceyville; SSC Yanceyville Operating
Company, L.L.C.; Brian Center Health
& Retirement / Cabarrus; SSC Concord
Operating Company, L.L.C.; Brian Center
Health & Retirement / Monroe; SSC
Monroe Operating Company, L.L.C.;
Brian Center Health & Retirement/
Mooresville; SSC Mooresville Operating
Company, L.L.C.; Brian Center Health
& Retirement / Winston Salem;
SSC Winston-Salem Operating Company,
L.L.C.; Brian Center Health and
Rehabilitation / Gastonia; SSC Gastonia
Operating Company, L.L.C.; Brian Center
Health and Rehabilitation Hickory
Viewmont; SSC Hickory 13th Operating
Company, L.L.C.; Brian Center Health and
Rehabilitation / Charlotte; SSC Charlotte
Operating Company, L.L.C.; Brian Center
Health and Rehabilitation / Eden; SSC Eden
Operating Company, L.L.C.; Brian Center
Health and Rehabilitation / Hertford; SSC

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

RELATOR TRAMELL KUKOYI'S
FIRST AMENDED COMPLAINT
PURSUANT TO 31 U.S.C. §§ 3729 – 3723
FEDERAL FALSE CLAIMS ACT
AND STATES' FALSE CLAIMS ACTS
AND PENDENT CLAIMS

Hertford Operating Company, L.L.C.; §
Brian Center Health and Rehabilitation / §
Salisbury; SSC Salisbury Operating §
Company, L.L.C.; Brian Center Health and §
Retirement / Lincolnton; SSC Lincolnton §
Operating Company, L.L.C.; Brian Center §
Nursing Care / Lexington; SSC Lexington §
Operating Company, L.L.C.; Brian Center §
Nursing Center / Shamrock; SSC Charlotte §
Shamrock Operating Company, L.L.C.; §
Brian Center / Charlotte Retirement §
Apartments; SSC Charlotte Retirement §
Operating Company, L.L.C.; Bride Brook §
Health and Rehabilitation Center; SSC §
Niantic Operating Company, L.L.C.; §
Cambridge East Healthcare Center; SSC §
Oakland Cambridge Operating Company, §
L.L.C.; Cambridge North Healthcare Center; §
SSC Clawson Operating Company, L.L.C.; §
Cambridge South Healthcare Center; SSC §
Beverly Hills Operating, Company L.L.C.; §
Care Inn of La Grange; SSC Lagrange §
Operating Company, L.P.; Cedar Crest; §
SSC Montgomery Cedar Crest Operating §
Company, L.L.C.; Cedarwood Health Care §
Center; SSC Colorado Springs Cedarwood §
Operating Company, L.L.C.; Centennial §
Healthcare Center; SSC Greeley §
Centennial Operating Company, L.L.C.; §
Clinton-Aire Healthcare Center; SSC §
Clinton Township Operating Company, §
L.L.C.; Colonial Columns Nursing §
Center; SSC Colorado Springs Colonial §
Columns Operating Company, L.L.C.; §
Countrybrook Living Center; SSC §
Brookhaven Operating Company, L.L.C.; §
Courtyard Care Center; SSC San Jose §
Operating Company, L.P; Crestmont §
Nursing Care Center; SSC Fenton §
Operating Company, L.L.C.; Crete §
Manor; SSC Crete Operating Company, §
L.L.C.; Cypresswood Health and §
Rehabilitation Center; SSC Houston §
Cypress Wood Operating Company, L.P.; §
Deer Creek of Wimberley; SSC Wimberley §
Operating Company, L.P.; Diamond Ridge §

RELATOR TRAMELL KUKOYI'S
FIRST AMENDED COMPLAINT
PURSUANT TO 31 U.S.C. §§ 3729 – 3723
FEDERAL FALSE CLAIMS ACT
AND STATES' FALSE CLAIMS ACTS
AND PENDENT CLAIMS

HealthCare Center; SSC Pittsburg §
Operating Company, L.P.; Downtown §
Health and Rehabilitation Center; SSC §
Fort Worth Downtown Operating, §
Company L.P.; Edgewater Care Center; §
SSC Kerrville Edgewater Operating §
Company, L.P.; Excell Health Care §
Center; SSC Oakland Excell Operating §
Company, L.P.; Fairview Health and §
Rehabilitation Center; SSC Birmingham §
Operating Company, L.L.C.; Faith §
Memorial Nursing Home; SSC §
Pasadena Operating Company, L.P.; §
First Colony Health and Rehabilitation §
Center; SSC Missouri City Operating §
Company, L.P.; Flagship Healthcare §
Center; SSC Newport Beach Operating §
Company, L.P.; Forest Hill Health and §
Rehabilitation Center; SSC Forest Hill §
Operating Company, L.L.C.; Fort Collins §             RELATOR TRAMELL KUKOYI'S
Health Care Center; SSC Fort Collins §               FIRST AMENDED COMPLAINT
Lemay Avenue Operating Company, §                   PURSUANT TO 31 U.S.C. §§ 3729 – 3723
L.L.C.; Four Corners Health Care Center; §           FEDERAL FALSE CLAIMS ACT
SSC Durango Operating Company, L.L.C.; §             AND STATES' FALSE CLAIMS ACTS
Fruitvale HealthCare Center; SSC Oakland §           AND PENDENT CLAIMS
Fruitvale Operating Company, L.P.; Garden §
Square at Spring Creek; SSC Fort Collins §
Spring Creek Operating Company, L.L.C.; §
Glen Burnie Health and Rehabilitation §
Center; SSC Glen Burnie Operating §
Company, L.L.C.; Golden Years Nursing §
and Rehabilitation Center; SSC Marlin §
Operating Company, L.P.; Grande Prairie §
Health and Rehabilitation Center; SSC §
Pleasant Prairie Operating Company, §
L.L.C.; Greenhills Health and §
Rehabilitation Center; SSC Nashville §
Operating Company, L.L.C.; Greenview §
Manor; SSC Waco Greenview §
Operating Company, L.P.; Haven Home; §
SSC Kenesaw Operating Company, L.L.C.; §
Heritage Harbour Health and Rehabilitation §
Center; SSC Annapolis Operating §
Company, L.L.C.; Heritage Manor §
Health care Center; SSC Flint Operating §
Company, L.L.C.; §

Hilltop Village Nursing and Rehabilitation §
Center; SSC Kerrville Hilltop Village §
Operating Company, L.P.; Hillview Manor §
SSC Goldthwaite Operating Company, L.P.; §
Hope Healthcare Center; SSC Westland §
Operating Company L.L.C.; §
Huntington Health and Rehabilitation §
Center; Seventeenth Street Associates, §
L.L.C.; Interlochen Health and §
Rehabilitation Center; SSC Arlington §
Operating Company, L.P.; Jacinto City §
Healthcare Center; SSC Harris Jacinto City, §
L.P.; Jewell Care Center of Denver; SSC §
Denver Red Rocks Operating Company, §
L.L.C.; Kenansville Health and §
Rehabilitation Center; SSC Kenansville §
Operating Company L.L.C.; Kenton §
Manor; SSC Greeley Kenton Operating §
Company, L.L.C.; Kountze Nursing Center; §
SSC Kountze Operating Company, L.P.; §
La Paloma Nursing Center; SSC San Diego §
La Paloma Operating Company, L.P.; §
Lakeshore Village Healthcare Center; §
SSC Waco Lakeshore Village Operating §
Company, L.P.; Las Palmas Healthcare §
Center; SSC McAllen Las Palmas §
Operating Company, L.P.; Lebanon §
Health and Rehabilitation Center; SSC §
Lebanon Operating Company, L.L.C.; §
Levelland Nursing & Rehabilitation §
Center; SSC Levelland Operating §
Company, L.P.; Maple Leaf Health §
Care; SSC Statesville Maple Leaf §
Operating Company, L.L.C.; Memorial §
City Health and Rehabilitation Center; §
SSC Harris Village, L.P.; Memorial §
Medical Nursing Center; SSC San Antonio §
Memorial Operating Company, L.P.; §
Methuen Health and Rehabilitation Center; §
SSC Methuen Operating Company, L.L.C.; §
Minnequa Medicenter: SSC Pueblo §
Operating Company, L.L.C.; Mission §
Carmichael HealthCare Center; SSC §
Carmichael Operating Company, L.P.; §
Monaco Parkway Health and Rehabilitation §
Center; SSC Denver South Monaco §

RELATOR TRAMELL KUKOYI'S
FIRST AMENDED COMPLAINT
PURSUANT TO 31 U.S.C. §§ 3729 – 3723
FEDERAL FALSE CLAIMS ACT
AND STATES' FALSE CLAIMS ACTS
AND PENDENT CLAIMS

Operating Company, L.L.C.; Montebello §
HealthCare Center; SSC Hamilton §
Operating Company, L.L.C.; Nature §
Trail Health Care Center; SSC Mount §
Vernon Operating Company, L.L.C.; §
Newport Health and Rehabilitation Center; §
SSC Newport Operating Company, L.L.C.; §
Norris Health and Rehabilitation Center; §
SSC Andersonville Operating Company, §
L.L.C.; North Arundel Health and §
Rehabilitation Center; SSC GlenBurnie §
North Arundel Operating Company, §
L.L.C.; North Park Health and §
Rehabilitation Center; SSC McKinney §
Operating Company, L.P.; Northeast §
Atlanta Health and Rehabilitation Center; §
SSC Atlanta Operating Company, L.L.C.; §
Northgate Health and Rehabilitation Center; §
SSC San Antonio Northgate Operating §
Company, L.P.; Northwest Health and §
Rehabilitation Center; SSC Houston §        RELATOR TRAMELL KUKOYI'S
Northwest Operating Company, L.P.; §        FIRST AMENDED COMPLAINT
Odin HealthCare Center; SSC Odin §          PURSUANT TO 31 U.S.C. §§ 3729 – 3723
Operating Company, L.L.C.; Overlea §        FEDERAL FALSE CLAIMS ACT
Health and Rehabilitation Center; SSC §     AND STATES' FALSE CLAIMS ACTS
Baltimore Operating Company, L.L.C.; §      AND PENDENT CLAIMS
Palisades Living Center; SSC Palisade §
Operating Company, L.L.C.; Pampa §
Nursing; SSC Pampa Operating §
Company, L.P.; Park Highland Nursing §
& Rehabilitation Center; SSC Athens §
Operating Company, L.P.; Pasadena Care §
Center; SSC Pasadena Vista Operating §
Company, L.P.; Patuxent River Health §
and Rehabilitation Center; SSC Laurel §
Operating Company, L.L.C.; Peach Tree §
Place; SSC Weatherford Peach Tree §
 Operating Company, L.P.; Pearl Street §
Health and Rehabilitation Center; SSC §
Englewood Operating Company, L.L.C.; §
Pendleton Health and Rehabilitation §
Center; SSC Mystic Operating Company, §
L.L.C.; Pine Arbor; SSC Silsbee Operating §
Company, L.P.; Randolph Health and §
Rehabilitation Center; SSC Asheboro §
Operating Company, L.L.C.; Retama §

Manor Nursing Center / Alice; SSC          §
Alice Operating Company, L.P.; Retama       §
Manor Nursing Center / Corpus Christi       §
North; SSC Nueces Retama, L.P.; Retama      §
Manor Nursing Center / Edinburgh; SSC       §
Edinburgh Operating Company, L.P.;          §
Retama Manor Nursing Center / Harlingen;    §
SSC Harlingen Operating Company, L.P.;      §
Retama Manor Nursing Center / Jourdanton;   §
SSC Jourdanton Operating Company, L.P.;     §
Retama Manor Nursing Center / Laredo –      §
South; SSC Laredo South Operating           §
Company, L.P.; Retama Manor Nursing         §
Center / Laredo – West; SSC Laredo West     §
Operating Company, L.P.; Retama Manor       §
Nursing Center / McAllen; SSC McAllen       §
Retama Operating Company, L.P.; Retama      §
Manor Nursing Center / Pleasanton North;    §
SSC Pleasanton North Operating Company,     §
L.P.; Retama Manor Nursing Center/          §
Pleasanton South; SSC Pleasanton South      §
Operating Company, L.P.; Retama Manor       §
Nursing Center; Raymondville; SSC           §
Raymondville Operating Company, L.P.;       §
Retama Manor Nursing Center /               §          RELATOR TRAMELL KUKOYI'S
Rio Grande City; SSC Rio Grande City        §          FIRST AMENDED COMPLAINT
Operating Company, L.P.; Retama Manor       §          PURSUANT TO 31 U.S.C. §§ 3729 – 3723
Nursing Center / San Antonio / North SSC    §          FEDERAL FALSE CLAIMS ACT
San Antonio North Operating Company,        §          AND STATES' FALSE CLAIMS ACTS
L.P.; Retama Manor Nursing Center /         §          AND PENDENT CLAIMS
Weslaco; SSC Weslaco Operating              §
Company, L.P.; San Juan Living Center;      §
SSC Montrose San Juan Operating             §
Company, L.L.C.; SE Massachusetts           §
Health and Rehabilitation Center; SSC       §
New Bedford Operating Company, L.L.C.;      §
Sierra Vista Health Care Center; SSC        §
Loveland Operating Company, L.L.C.;         §
Silver Creek Manor; SSC San Antonio         §
Silver Creek Operating Company, L.P.;       §
Silver Stream Health and Rehabilitation     §
Center; SSC Silver Stream Operating         §
Company, L.L.C.; Southpointe Healthcare     §
Center; SSC Greenfield Operating            §
Company, L.L.C.; Spring Branch              §
Healthcare Center; SSC Harris Spring        §

Branch, L.P.; Spring Creek Healthcare §
Center; SSC Fort Collins Spring Creek §
Operating Company, L.L.C.; Sterling §
Living Center; SSC Sterling Operating §
Company, L.L.C.; Summit Park Health §
and Rehabilitation Center; SSC §
Catonsville Operating Company, L.L.C.; §
Sumter East Health and Rehabilitation §
Center; SSC Sumter East Operating §
Company, L.L.C.; Sunset Manor; SSC §
Brush Sunset Manor Operating Company, §
L.L.C.; Superior Woods Healthcare §
Center; SSC Superior Township §
Operating Company, L.L.C.; Sweeny §
House; SSC Sweeny Operating Company, §
L.P.; Tarzana Health and Rehabilitation §
Center; SSC Tarzana Operating Company, §
L.P.; Terrace Gardens Healthcare Center; §
SSC Colorado Springs Terrace Gardens §
Operating Company, L.L.C.; The Meadows §
Health and Rehabilitation Center; SSC §
Dallas Operating Company, L.P.; The §             RELATOR TRAMELL KUKOYI'S
Westbury Place; SSC Houston Westbury §             FIRST AMENDED COMPLAINT
Place Operating Company, L.P.; Virginia §          PURSUANT TO 31 U.S.C. §§ 3729 – 3723
Highlands Health and Rehabilitation §              FEDERAL FALSE CLAIMS ACT
Center; SSC Germantown Operating §                 AND STATES' FALSE CLAIMS ACTS
Company, L.L.C.; Warren Woods Health §             AND PENDENT CLAIMS
and Rehabilitation Center; SSC Warren §
Operating Company, L.L.C.; Weatherford §
Healthcare Center; SSC Weatherford Care §
Center Operating Company, L.P.; §
Westchase Health and Rehabilitation §
Center; SSC Houston Southwest Operating §
Company, L.P.; Westchester Health and §
Rehabilitation Center; SSC Westchester §
Operating Company, L.L.C.; Wilmington §
Health and Rehabilitation Center; SSC §
Wilmington Operating Company, L.L.C.; §
Winchester Lodge Healthcare Center; SSC §
Alvin Operating Company, L.P.; Windsor §

Healthcare Center; SSC Windsor Operating §
Company, L.L.C.; Yuma Life Care Center; §
SSC Yuma Operating Company, L.L.C.; §


Defendants.


## **RELATOR TRAMELL KUKOYI'S FIRST AMENDED COMPLAINT**

# TABLE OF CONTENTS

I.   INTRODUCTION TO CASE .................................................................................1

II.  INTRODUCTION TO PARTIES ........................................................................3

    A.   RELATOR TRAMELL KUKOYI ...........................................................3

    B.   INTRODUCTION TO GOVERNMENT PLAINTIFFS ...........................4

    C.   INTRODUCTION TO DEFENDANTS ...................................................4

        1.   SAVASENIORCARE, L.L.C. ...................................................5

        2.   WOODWIND LAKES HEALTH & REHABILITATION CENTER ...........5

        3.   SSC HOUSTON WOODWIND OPERATION COMPANY, L.L.C. .......6

        4.   SSC LP HOLDINGS, INC. . ...................................................6

        5.   SSC HOUSTON WOODWIND OPERATING GP, L.L.C. ... ...............6

        6.   SSC SUBMASTER HOLDING, L.L.C. . .........................................7

        7.   SSC EQUITY HOLDINGS, L.L.C. ...............................................7

        8.   SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C. .............7

        9.   SVCARE HOLDINGS, L.L.C. ...................................................8

        10.  CANYON SUDAR PARTNERS ....................................................8

        11.  LEONARD GRUNSTEIN ...........................................................8

        12.  MURRAY FORMAN ................................................................8

        13.  SAVASENIORCARE, L.L.C. ...................................................9

        14.  SAVASENIORCARE'S AFFILIATED FACILITIES .............................9

II.  RESPONDEAT SUPERIOR AND VICARIOUS LIABILITY .........................36

IV.  JURISDICTION AND VENUE .......................................................................37

V.   STATUTORY BACKGROUND ......................................................................37

A.      INTRODUCTION TO SKILLED NURSING CARE AND FACILITIES.................................37

       1.      Definition of Skilled Nursing Care...........................................................37
       2.      Facilities that Provide Skilled Nursing Care.............................................37

B.      MEDICARE REIMBURSEMENT FOR SKILLED NURSING CARE ..................................38

       1.      Overview of the Medicare Program.........................................................38
            a.      Medicare Part A Reimbursement for Skilled
                 Nursing Care ........................................................................39
            b.      Medicare Part B ...................................................................41

C.      MEDICAID REIMBURSEMENT FOR SKILLED NURSING CARE ..................................42

       1.      Overview of the Medicaid Program..........................................................42
       2.      Medicaid Reimbursement for Skilled Nursing Care..................................42

D.      TRICARE/CHAMPUS/CHAMPVA      REIMBURSEMENT      FOR
     SKILLED NURSING CARE ....................................................................................43

       1.      Overview of the    TRICARE/CHAMPUS/CHAMPVA
            Programs ...............................................................................................43
       2.      TRICARE/CHAMPUS/CHAMPVA    Reimbursement    for
            Skilled Nursing Care..............................................................................43

E.      PROHIBITION OF KICKBACKS ASSOCIATED WITH MEDICARE ...............................44

       1.      Federal Anti-Kickback Statute.................................................................44

V.      DEFENDANTS' SCHEMES TO DEFRAUD THE GOVERNMENT .....................……...69

A.      RELATOR'S DISCOVERY OF DEFENDANTS' FRAUDULENT ACTIONS ........................69
       1.      Fraudulent Retention of Medicare Residents With No Need
            For Further Skilled Nursing Care Services.................................................69
       2.      Fraudulently Creating Minimum Data Sets Resulting in
            Higher Reimbursement Rates .................................................................74
       3.      Fraudulent Billing for Skilled Nursing Care Services Not
            Provided ...............................................................................................77

VI.      DEFENDANTS' FRAUDULENT BILLING SCHEME, PAYMENT OF
     KICKBACKS,    AND    CONSPIRACY    TO    DEFRAUD    THE
     GOVERNMENT...............................................................................................78

A.      Sava Fraudulently Bills to Medicare Part A, Medicaid, and
     CHAMPUS/CHAMPVA ......................................................................................78

|  |  | 1. | Fraudulently Reporting That Patients are Eligible for Skilled Nursing Care Services | 78 |

1. Fraudulently Reporting That Patients are Eligible for Skilled Nursing Care Services ........................................................78
2. Fraudulently Billing for Skilled Nursing Care Services Not Provided ........................................................................................80
3. Fraudulently Creating Minimum Data Sets Resulting in Higher Reimbursement Rates ...........................................................81
4. Fraudulent Use of "RUX" RUG Rate .........................................82
5. Fraudulently Retaining Patients in Violation of Patients' Rights ................................................................................................83

B. PROVISION OF KICKBACKS ...........................................................................84

1. Provision of Employee Bonuses for Maintaining the Census and Billing Medicare Part A.......................................84
2. Returning Medicare - Medicaid Patients' Pharmaceuticals to Omnicare for Facility Credit.............................................84

C. CONSPIRACY TO DEFRAUD THE GOVERNMENT ........................................85

1. Sava Is Conspiring With Its Employees to Defraud the Government ......................................................................................69

VII. SAVA AND WOODLAND LAKES' RETALIATION AGAINST KUKOYI ...........................................................................................................85

VIII. ACTIONABLE CONDUCT BY DEFENDANTS UNDER THE FALSE CLAIMS ACT ................................................................................................91

A. APPLICABLE LAW .........................................................................................91

1. The False Claims Act .......................................................................91

B. DEFENDANTS' VIOLATIONS OF THE FCA ..................................................94

1. Defendants' Scheme to Fraudulently Bill Medicare Part A, Medicaid, and CHAMPUS/CHAMPVA and Provision of Kickbacks Violate the FAC 31 U.S.C. § 3729 (a)(1); 31 U.S.C. § 3729(a)(1)(A) ...............................................................................94
2. Defendants' Scheme to Fraudulently Bill Medicare Part A, Medicaid, and CHAMPUS/CHAMPVA Violates the FCA 31 U.S.C. § 3729(a)(2); 31 U.S.C. § 3729(a)(1)(C) ......................96
3. Defendants' Conspiracy to Defraud the Government in Violation of the FCA 31 U.S.C. § 3729(a)(3); 31 U.S.C. 3729(a)(1)(C) ...................................................................................98

iii.

          4.   Sava and Woodwind Lakes Retaliated Against Kukoyi in Violation of the FCA ...................................................................................99

IX.     CAUSES OF ACTION ..................................................................................99

      A.      Count I. – False Claims (31 U.S.C. § 3729) ......................................99

      B.      Count II. – False Records or Statements (31.U.S.C. § 3729(a)).........................100

      C.      Count III. – Conspiracy to Defraud the Government (31 U.S.C. § 3729(a))...................................................................................101

      D.      Count IV. – Retaliation Against Kukoyi (31 U.S.C. § ........................101

      E.      Count V. – California False Claims Act ............................................103

      F.      Count VI. – Colorado False Claims Act ...........................................106

      G.      Count VII. – Connecticut Act Implementing the Provisions of the Budget Concerning Human Services and Making Changes to Various Social Services Statutes.........................................................111

      H.      Count VIII. – Georgia State False Medicaid Claims Act ...................................114

      I.      Count XV. – Illinois Whistleblower Reward and Protection Act.......................117

      J.      Count X. – Maryland False Claims Act..............................................120

      K.      Count XI. – Massachusetts Claims Act .............................................124

      L.      Count XII. – Michigan Medicaid False Claims Act ...........................125

      M.      Count XIII. – North Carolina False Claims Act .................................130

      N.      Count XIV. – Tennessee Medicaid False Claims Act .........................135

      O.      Count XV. – Texas False Claims Act.................................................138

      P.      Count XVI. – Wisconsin False Claims Act ........................................143

      Q.      Count XVII. – Common Fund Relief .................................................147

X.     DEMAND FOR JURY TRIAL ...................................................................144

Case 3:15-cv-01102   Document 40   Filed 07/30/15   Page 14 of 49 PageID #: 385

1.     The United States of America, the States of California, Colorado, Connecticut, Georgia, Illinois, Maryland, Michigan, North Carolina, Tennessee, Texas, and Wisconsin, and the Commonwealth of Massachusetts ("Qui Tam States"), and Doe States 1-22 by and through *qui tam* relator Tramell Kukoyi, bring this action under 31 U.S.C. §§ 3729–3732 (the "False Claims Act") to recover all damages, penalties, and other remedies established by the False Claims Act on behalf of the United States, the Qui Tam States, Doe States 1-22, and herself and would show the following:

## I.     INTRODUCTION TO CASE

2.     This suit concerns SSC Woodwind Lakes Health and Rehabilitation Center and all other named defendants' violations of the Federal False Claims Act at 31 U.S.C §§ 3729 *et seq*. and the Anti-Kickback Statute at 42 U.S.C. §1320a-7(b)(1) (2) & (3).

3.     Woodwind Lakes Health and Rehabilitation Center ("Woodwind Lakes"), the parent companies SavaSeniorCare L.L.C., SVCare Holdings, L.L.C., and Canyon Sudar Partners, their owners, Leonard Grunstein and Murray Forman (collectively, "Sava"), and the other named defendants, are engaged in a laundry list of schemes designed to swindle Medicare and other government programs out of millions of dollars.  Woodwind Lakes and the other named facility defendants, Sava-owned "Affiliated Facilities," have, with the knowledge and complicity of Sava, knowingly submitted and/or caused to be submitted hundreds of false and fraudulent claims to Medicare, Medicaid, and CHAMPUS/CHAMPVA for skilled nursing care services that were not medically necessary or were never provided.

4.     Of the two major payors for nursing home care in the United States, Medicare reimburses nursing homes more generously for patient care than does Medicaid.  Nursing home businesses like Sava have a financial incentive to maximize the number of Medicare patients and

minimize the number of Medicaid patients residing in their facilities. Accordingly, Sava structures quarterly bonus payments to its facilities' administrators and directors of nursing based on (1) each quarter's total dollar amount billed to Medicare Part A; and (2) maintenance of a high Medicare patient census in the facility. Sava's bonus structure encourages its staff to aim for profitability over patient care.

5.     Medicare covers "acute care" following a hospital stay – this is skilled nursing care such as rehabilitation therapy. Conversely, Medicare does not cover custodial care such as assistance with dressing, washing, and eating. In order to maximize both staff bonuses and Sava's bottom line, Woodwind Lakes and the Affiliated Facilities routinely exhaust their patients' Medicare skilled nursing care benefits by keeping patients for the full 100 days of their benefit period even after they no longer need skilled nursing care as assessed by the nursing home's rehabilitation staff.

6.     Once these patients have exhausted their one hundred Medicare days, Woodwind Lakes and the Affiliated Facilities immediately discharge them, without regard to their actual condition or whether a discharge plan is in place. At Woodwind Lakes, this is done at the behest of the facility's administrator, Angela McArthur.

7.     This routine exhaustion of patients' Medicare benefits in order to maximize profit results in fraudulent billing of Medicare Part A and other government programs that provide supplemental financial benefits for skilled nursing care services, such as Medicaid. Moreover, Sava's bonus structure constitutes a fraudulent kickback scheme wherein the company incentivizes its staff to maintain a steady revenue source at the expense of Medicare and the health and well-being of Sava's elderly patients.

8.      These defendants perpetrate a further fraudulent scheme with regard to the same patients who are wrongly maintained in skilled nursing care.  The facilities falsify data included in federally required Minimum Data Set submissions and bill Medicare under correspondingly inflated "RUG" rates, maximizing reimbursement.  Further, coupled with retaining patients in order to exhaust their Medicare benefits at inflated rates, Sava is bilking Medicare for services it simply does not provide – no rehabilitation services are offered once rehabilitation personnel have determined that such services are no longer necessary.  And it does so with complete disregard for the care and safety of the patients.  Sava also systematically provides and bills for medically unnecessary services.

9.      Patients who are not immediately discharged following the exhaustion of their Medicare coverage often have their stays – which may be indefinite and last until death - covered entirely by state Medicaid programs. Most states reimburse for such stays via the same RUG system employed by Medicare or a similar method.  Sava does not discontinue its scheme merely because patients move into 100% Medicaid coverage; it has the same incentive to inflate RUG scores to maximize reimbursement, and it continues to do so to Medicaid programs' detriment.

## II.    INTRODUCTION TO PARTIES

### A.    INTRODUCTION TO RELATOR

10.     Relator Kukoyi graduated from the University of Texas in 2007 with a Master's degree in social work.  Ms. Kukoyi became a licensed social worker in the State of Texas in 2008.  She began her licensed social work career with the Texas Department of Aging and Disability Services agency, more familiarly referred to as "DADS."  DADS is the state agency responsible for the licensing and regulation of skilled nursing care and long-term care facilities in

3

Texas. Ms. Kukoyi worked in DADS' Regulatory Services division as a state surveyor of long-term care facilities for three years.

11.     Kukoyi left state employment for the better benefits offered in the private sector. Building on her state regulatory experience, Ms. Kukoyi remained in the long-term care arena, and in January 2011, worked briefly as a social worker in a facility located in Galveston, Texas. In February of 2011, she began her employment with Woodwind Lakes as a social worker.

12.     With her three years as a state surveyor under her belt, Relator Kukoyi was well-versed in the requirements necessary to provide resident care and to operate a facility in full compliance with state and federal rules, laws and regulations. It did not take Ms. Kukoyi long to realize Sava was operating Woodwind Lakes in violation of Medicare, Medicaid and other state and federal rules, laws and regulations governing skilled nursing, and long term care facilities.

**B.     Introduction to Government Plaintiffs**

13.     The governmental plaintiffs in this lawsuit are United States of America, the States of California, Colorado, Connecticut, Georgia, Illinois, Maryland, Michigan, North Carolina, Tennessee, Texas, and Wisconsin, the Commonwealth of Massachusetts, and Doe States 1-22.

14.     Plaintiff Doe States 1-22 include the states that subsequent to the filing of this Complaint enact *qui tam* statutes and the right to initiate *qui tam* lawsuits, or whose previously enacted statutes become effective after the filing of the is Complaint, including those with Sava entities today and those where Sava will locate houses in the future. The Doe States 1-22 include the States of Alabama, Alaska, Arizona, Arkansas, Idaho, Kansas, Kentucky, Maine, Mississippi, Missouri, Nebraska, North Dakota, Ohio, Oregon, Pennsylvania, South Carolina, South Dakota, Utah, Vermont, Washington, West Virginia, and Wyoming.

4

## C. Introduction to Defendants

### 1. SavaSenior Care, L.L.C.

15. SavaSenior Care, L.L.C. is a privately held company that operates about 190 skilled nursing and assisted living facilities in nearly twenty states. Sava identifies its 190 skilled nursing and assisted living facilities as its "affiliated facilities." Through these affiliated facilities, it is in the business of providing elderly patients with health care, rehabilitation, physical therapy, and daily living assistance, as well as help with dementia and intravenous therapy. Woodwind Lakes Health & Rehabilitation Center is one such facility. SavaSeniorCare, L.L.C. wholly owns SavaSeniorCare Administrative Services, L.L.C. and SSC Equity Holdings, L.L.C., two noted entities below. Its corporate headquarters are located at One Ravinia Drive, Suite 1400, Atlanta, Georgia 30346. It may be served through its registered agent Corporation Process Company, 2180 Satellite Blvd, Suite 400, Duluth, GA 30097.

### 2. WOODWIND LAKES HEALTH & REHABILITATION CENTER

16. The Woodwind Lakes Health and Rehabilitation Center ("Woodwind Lakes") located at 7215 Windfern Road, Houston, Texas, 77040, is a skilled nursing facility that provides skilled nursing care and long-term health care services. Woodwind Lakes is a 180-bed facility that has both Medicare and Medicaid-certified beds. Woodwind Lakes is larger than the average facility of this type in Texas, which has about 109 beds. Notably, Woodwind Lakes operates at close to ninety percent capacity in comparison to a seventy-seven percent capacity for the average Texas facility. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

17. Woodwind Lakes is one of SavaSeniorCare's many "Affiliated Facilities." It is wholly owned by SSC Houston Woodwind Operating Company, L.L.C.

5

### 3. SSC HOUSTON WOODWIND OPERATING COMPANY, L.L.C.

18.     SSC Houston Woodwind Operating Company, L.L.C. is a limited liability company incorporated in Texas and is doing business as Woodwind Lakes.  It has ninety-nine employees and $3,200,000 in annual revenue.  It is owned by through a partnership, the partners in which are SSC LP Holdings, Inc., SSC Houston Woodwind Operating GB L.L.C., and SSC Submaster Holdings, L.L.C.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

### 4. SSC LP HOLDINGS, INC.

19.     SSC LP Holdings, Inc., SSC Submaster Holdings, L.L.C. and SSC Houston Woodwind Operating GP, L.L.C. own as partners SSC Houston Woodwind Operating Company, L.L.C., doing business as Woodwind Lakes.  In the Texas Department of Aging and Disability's required ownership disclosure documents for the entity, SSC LP Holdings, Inc. is identified as a limited partner having a .01 percent ownership in SSC Houston Woodwind Operating Company, L.L.C., doing business as Woodwind Lakes.  It may be served through its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

### 5. SSC HOUSTON WOODWIND OPERATING GP, L.L.C.

20.     SSC Houston Woodwind Operating GP, L.L.C., SSC LP Holdings, Inc., and SSC Submaster Holding, L.L.C. own as partners SSC Houston Woodwind Operating Company, L.L.C., doing business as Woodwind Lakes.  In the Texas Department of Aging and Disability's required ownership disclosure documents for the entity, SSC Houston Woodwind Operating GP, L.L.C. is identified as a general partner having a one percent general partner ownership in SSC Houston Woodwind Operating Company, L.L.C., doing business as Woodwind Lakes.

6

### 6. SSC SUBMASTER HOLDING, L.L.C.

21.     SSC Submaster Holding, L.L.C., is incorporated in the state of Georgia.  SSC Submaster Holding, L.L.C., SSC LP Holdings, Inc., and SSC Houston Woodwind Operating GP, L.L.C. own as partners SSC Houston Woodwind Operating Company, L.L.C. doing business as Woodwind Lakes.  In the Texas Department of Aging and Disability's required ownership disclosure documents for the entity, SSC Submaster Holding, L.L.C. is identified as a limited partner, having a 98.99 percent ownership of SSC Houston Woodwind Operating Company, L.L.C., doing business as Woodwind Lakes.  It is located at One Ravinia Drive, Suite 1400, Atlanta, Georgia 30346.  It may be served through its registered agent C T Corporation, System 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

### 7. SSC EQUITY HOLDINGS, L.L.C.

22.     SSC Equity Holdings, L.L.C. wholly owns SSC Submaster Holdings, L.L.C.  It is incorporated in Georgia.  SSC Equity Holdings, L.L.C. is a subsidiary of SavaSeniorCare, L.L.C.  It is located at One Ravinia Drive, Suite 1400, Atlanta, Georgia 30346.  It may be served through its registered agent The Corporation Trust, Company Corporation, Trust Center 1209 Orange Street, Wilmington, Delaware, 19801.

### 8. SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C.

23.     SavaSeniorCare Administrative Services, L.L.C. is incorporated in Delaware.  It is a wholly owned subsidiary of SavaSeniorCare, L.L.C.  SavaSeniorCare Administrative Services provides all of SavaSenior Care, L.L.C.'s affiliated nursing home facilities with support services, including human resources, financial services, information technology, compliance, legal and risk management.  It is located at One Ravinia Drive, Suite 1500, Atlanta, Georgia

7

30346. . It may be served through its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

### 9. SVCARE HOLDINGS, L.L.C.

24. SVCare Holdings, L.L.C. is incorporated in Delaware with its principal place of business at 291 Ocean Avenue, Lawrence, New York. It wholly owns SavaSeniorCare, L.L.C. and through it owns the numerous affiliated nursing home facilities. It is wholly owned by Canyon Sudar. It may be served through its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

### 10. CANYON SUDAR PARTNERS

25. Canyon Sudar Partners is incorporated in Delaware with its principal place of business at 291 Ocean Avenue, Lawrence, New York. It wholly owns SVCare Holdings, L.L.C. Leonard Grunstein and Murray Forman are Canyon Sudar Partners' Managing Members and sole owners. Canyon Sudar Partners, through SVCare Holdings, L.L.C., owns the numerous affiliated nursing home facilities owned by SavaSeniorCare, L.L.C. It is located at 1209 Orange St. Wilmington, Delaware. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

### 11. LEONARD GRUNSTEIN

26. Leonard Grunstein is a resident of the State of New Jersey. He and Murray Forman are the principal owners of the entire series of business entities listed above. By means of owning these entities, he in fact owns the numerous affiliated nursing home facilities included herein, including Woodwind Lakes. Mr. Grunstein may be served at his place of employment Troutman Sanders, 600 Peachtree Street NE 520, Atlanta Georgia 30308.

### 12. MURRAY FORMAN

8

27.     Murray Forman is a resident of the State of New York.  He and Leonard Grunstein are the principal owners of the series of business entities listed above.  By means of owning these entities he in fact also owns the numerous affiliated nursing home facilities included herein, including Woodwind Lakes.  Mr. Forman may be served at his residence Ocean Avenue Lawrence, New York 11559.

### 13.     SavaSeniorCare Consulting, L.L.C.

28.     SavaSeniorCare Consulting, L.L.C. located at 5300 West Sam Houston Parkway North, Suite 100, Houston, Texas recruits all of the employees for the affiliated entities. SavaSeniorCare Consulting, L.L.C. is divided into four divisions: North, South, East and West. Each Division is divided into specific regions.  The West Division, which contains the State of Texas, is divided into six regions. It may be served at CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas  75201.

29.     SavaSeniorCare, L.L.C., SSC LP Holdings, Inc., SSC Houston Woodwind Operating GB, L.L.C., SSC Submaster Holdings, L.L.C., SC Equity Holdings, L.L.C, SavaSeniorCare Administrative Services L.L.C., SVCare Holdings, L.L.C., Canyon Sudar Partners, Leonard Grunstein, Murray Forman, and SavaSeniorCare Consulting, L.L.C. will be collectively referred to herein as "Sava."

30.     Woodwind Lakes Health & Rehabilitation Center and SSC Houston Woodwind Operation Company, L.L.C. will be collectively referred to herein as "Woodwind Lakes."

### 14.     SavaSeniorCare's Affiliated Facilities

31.     As noted above, Sava owns and operates over 190 affiliated skilled nursing facilities in the following states: Alabama, California, Colorado, Connecticut, Georgia, Illinois, Maryland, Massachusetts, Michigan, Mississippi, North Carolina, Nebraska, Pennsylvania,

South Carolina, Tennessee, Texas, West Virginia, Wisconsin, and Wyoming . Exhibit 1 contains a list of all the affiliated skilled nursing facilities that Sava owns. As mentioned above, these facilities provide health care, rehabilitation, physical therapy and daily living assistance to the elderly, as well as help with dementia and intravenous therapy. The affiliated facilities involved in this instance case are as follows:

32.     SSC Thornton Operating Company, L.L.C. d/b/a Alpine Living Center, located at 501 Thornton Parkway, Thornton, Colorado 80229. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

33.     SSC Kerrville Alpine Terrace Operating Company, L.P. d/b/a Alpine Terrace, located at 746 Alpine Drive, Kerrville, Texas 78028. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

34.     SSC Austell Operating Company, L.L.C. d/b/a Anderson Mill Health and Rehabilitation Center, located at 2130 Anderson Mill Road, Austell, Georgia 30106. It may be served through its registered agent Corporation Process Company, 2180 Satellite Blvd., Suite 400 Duluth, Georgia, 30097.

35.     SSC Longmont Operating Company, L.L.C. d/b/a Applewood Living Center, located at 1899 Stroh Place, Longmont, Colorado 80501. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

36.     SSC Silver Spring Operating Company, L.L.C. d/b/a/ Arcola Health and Rehabilitation Center, located at 901 Arcola Avenue, Silver Spring, Maryland 20902. It may be served through its registered agent The Corporation Company, 351 West Camden Street, Baltimore, Maryland, 21201.

37.     SSC Forth Worth Nursing & Rehabilitation Center Operating Company, L.P. d/b/a/ Arlington Heights Health and Rehabilitation Center, located at 4825 Wellesley Street, Fort Worth, Texas 76107. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

38.     SSC Ashland Operating Company, L.L.C. d/b/a/ Ashland Health and Rehabilitation Center, located at 1319 Beaser Avenue, Ashland, Wisconsin 54806. It may be served through its registered agent C T Corporation System, 8040 Excelsior Drive, Suite 200, Madison, Wisconsin, 53717.

39.     SSC Colorado Springs Aspen Operating Company, L.L.C. d/b/a Aspen Living Center, located at 1795 Monterey Road Colorado Springs, Colorado 80910. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

40.     SSC Bangs Operating Company, L.P. d/b/a Bangs Nursing Home located at 1105 Fitzgerald Street, Bangs, Texas 76823. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

41.     SSC Bastrop Operating Company, L.P. d/b/a Bastrop Nursing Center, located at 400 Old Austin Highway, Bastrop, Texas 78602. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

42.     SSC Bay City Operating Company L.P. d/b/a Bay Villa Health Care Center, located at 1800 13th Street, Bay City, Texas 77414. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

43.     SSC Bel Air Operating Company, L.L.C. d/b/a Bel Air Health and Rehabilitation Center, located at 410 East Macphail Road, Bel Air, Maryland 21014. It may be served through

11

its registered agent The Corporation Company, 351 West Camden Street, Baltimore, Maryland, 21201.

44.     SSC Pueblo Belmont Operating Company, L.L.C. d/b/a Belmont Lodge Health Care Center, located at 1601 Constitution, Pueblo, Colorado 80513. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

45.     SSC Berthoud Operating Company, L.L.C. d/b/a Berthoud Living Center, located at 855 Franklin, Berthoud, Colorado 80513. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

46.     SSC Bethesda Operating Company, L.L.C. d/b/a Bethesda Health and Rehabilitation Center, located at 5721 Grosvenor Lane, Bethesda, Maryland 20814. It may be served through its registered agent The Corporation Company, 351 West Camden Street, Baltimore, Maryland, 21201.

47.     SSC Boulder Operating Company, L.L.C. d/b/a Boulder Manor, located at 4685 E. Baseline Road, Boulder, Colorado 80303. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

48.     SSC Richmond Operating Company, L.P. d/b/a Brazosview Healthcare Center, located at 2127 Preston, Richmond, Texas 77469. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

49.     SSC Brevard Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Brevard, located at 115 North Country Club Road, Brevard, North Carolina 28712. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

12

50.     SSC Canton Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Canton, located at 150 Hospital, NW Canton, Georgia 30114. It may be served through its registered agent Corporation Process Company, 2180 Satellite Blvd., Suite 400 Duluth, Georgia, 30097.

51.     SSC Durham Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Durham, located at 6000 Fayetteville Road, Durham, North Carolina 27713. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

52.     SSC Goldsboro Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Goldsboro, located at 1700 Wayne Memorial Drive, Goldsboro, North Carolina 27530. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

53.     SSC Hendersonville Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Hendersonville, located at 1870 Pisgah Road, Hendersonville, North Carolina 28739. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

54.     SSC Hickory East Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Hickory East, located at 3031 Tate Boulevard, SE, Hickory, North Carolina 28602. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

55.     SSC Spruce Pine Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Spruce Pine, located at 218 Laurel Creek Court, Spruce Pine, North Carolina

28777. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

56.     SSC Statesville Brian Center Operating Company, L.L.C. d/b/a at Brian Center Health & Rehabilitation / Statesville, located at 520 Valley Street, Statesville, North Carolina 28677. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

57.     SSC Wallace Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation Center / Wallace, located at 647 S. Railroad Street, Wallace, North Carolina, 28466. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

58.     SSC Waynesville Operating Company, L.L.C d/b/a Brian Center Health & Rehabilitation / Waynesville, located at 516 N. Wall Street, Waynesville, North Carolina 28786. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

59.     SSC Weaverville Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Weaverville, located at 78 Weaver Boulevard, Weaverville, North Carolina 28787. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

60.     SSC Wilson Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Wilson, located at 2501 Downing Street, Wilson, North Carolina 27893. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

14

61.     SSC Windsor Brian Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Windsor, located at 1306 South King Street, Windsor, North Carolina 27983. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

62.     SSC Yanceyville Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Yanceyville, located at 1086 Main Street North, Yanceyville, North Carolina, 27379. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

63.     SSC Concord Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Cabarrus, located at 250 Bishop Lane, Concord, North Carolina, 28925. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

64.     SSC Clayton Operating Company, L.L.C. d/b/a Brian Center Health & Rehabilitation / Clayton, located at 204 Dairy Road, Clayton, North Carolina 27520. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

65.     SSC Monroe Operating Company, L.L.C. d/b/a Brain Center Health & Retirement / Monroe, located at 204 Old Highway 74 East, Monroe, North Carolina 28112. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

66.     SSC Mooresville Operating Company, L.L.C. d/b/a Brian Center Health & Retirement / Mooresville, located at 752 East Center Avenue, Mooresville, North Carolina

15

28115. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

67. SSC Winston-Salem Operating Company, L.L.C. d/b/a Brian Center Health & Retirement / Winston Salem, located at 4911 Brian Center Lane, Winston-Salem, North Carolina 27106. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

68. SSC Gastonia Operating Company, L.L.C. d/b/a Brian Center Health and Rehabilitation / Gastonia, located at 9689 Cox Road, Gastonia, North Carolina 28054. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

69. SSC Hickory 13th Operating Company, L.L.C. d/b/a Brian Center Health and Rehabilitation Hickory Viewmont, located at 220 13th Avenue Place, NW, Hickory, North Carolina 28601. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

70. SSC Charlotte Operating Company, L.L.C. d/b/a Brian Center Health and Rehabilitation / Charlotte, located at 5939 Reddman Road, Charlotte, North Carolina 28212. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

71. SSC Eden Operating Company, L.L.C. d/b/a Brian Center Health and Rehabilitation / Eden, located at 226 North Oakland Avenue, Eden, North Carolina 27288. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

72. SSC Hertford Operating Company, L.L.C. d/b/a Brian Center and Health Rehabilitation / Hertford, located at 1300 Don Jan Road, Hertford, North Carolina 27944. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

73. SSC Salisbury Operating Company, L.L.C. d/b/a Brian Center Health and Rehabilitation / Salisbury, located at 635 Statesville Boulevard, Salisbury, North Carolina 28144. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

74. SSC Lincolnton Operating Company, L.L.C. d/b/a Brian Center Health and Retirement / Lincolnton, located at 515 South Generals Boulevard, Lincolnton, North Carolina 28092. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

75. SSC Lexington Operating Company, L.L.C. d/b/a Brian Center Nursing Care / Lexington, located at 279 Brian Center Drive, Lexington, North Carolina 27292. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

76. SSC Charlotte Shamrock Operating Company, L.L.C. d/b/a Brian Center Nursing Care / Shamrock, located at 2727 Shamrock Drive, Charlotte, North Carolina 28205. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

77. SSC Charlotte Retirement Operating Company, L.L.C. d/b/a Brian Center / Charlotte Retirement Apartments, located at 5945 Reddman Road, Charlotte, North Carolina

28212. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina, 27601.

78.     SSC Niantic Operating Company, L.L.C. d/b/a Bride Brook Health and Rehabilitation Center, located at 23 Liberty Way, Niantic, Connecticut 06357. It may be served through its registered agent at C T Corporation System, 1 Corporate Center, Floor 11, Hartford, Connecticut, 06103.

79.     SSC Oakland Cambridge Operating Company, L.L.C. d/b/a Cambridge East Healthcare Center, located at 31155 Dequindre Road, Madison Heights, Michigan 48071. It may be served through its registered agent at the Corporation Company, 30600 Telegraph Rd., Suite 2345 Bingham Farms, Michigan, 48025.

80.     SSC Clawson Operating Company, L.L.C. d/b/a Cambridge North Healthcare Center, located at 535 N. Main Street, Clawson, Michigan 48701. It may be served through its registered agent at the Corporation Company, 30600 Telegraph Rd., Suite 2345 Bingham Farms, Michigan, 48025.

81.     SSC Beverly Hills Operating Company, L.L.C. d/b/a Cambridge South Healthcare Center, located at 18200 W. Thirteen Mile Road, Beverly Hill, Michigan 48025. It may be served through its registered agent at the Corporation Company, 30600 Telegraph Rd., Suite 2345 Bingham Farms, Michigan, 48025.

82.     SSC Lagrange Operating Company, L.P. d/b/a Care Inn of La Grange, located at 457 North Main, La Grange, Texas 78945. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

83.     SSC Colorado Springs Cedarwood Operating Company, L.L.C. d/b/a Cedarwood Health Care Center, located at 924 West Kiowa, Colorado Springs, Colorado 80905. It may be

18

served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

84.     SSC Greeley Centennial Operating Company, L.L.C. d/b/a Centennial Healthcare Center, located at 1637 29th Avenue Place, Greeley, Colorado 80631.  It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

85.     SSC Clinton Township Operating Company, L.L.C. d/b/a Clinton-Aire Healthcare Center, located at 17001 Seventeen Mile Road, Clinton Township, Michigan 48038.  It may be served through its registered agent at the Corporation Company, 30600 Telegraph Rd., Suite 2345 Bingham Farms, Michigan, 48025.

86.     SSC Colorado Springs Colonial Columns Operating Company, L.L.C. d/b/a Colonial Columns Nursing Center, located at 1340 E. Fillmore, Colorado Springs, Colorado 80907.   It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

87.     SSC San Jose Operating Company, L.P. d/b/a Courtyard Care center, located at 340 Northlake Drive, San Jose, California 95117.  It may be served through its registered agent C T Corporation System, 1232 Q St., 1st. Floor, Sacramento, California, 95811.

88.     SSC Fenton Operating Company, L.L.C. d/b/a Crestmont Nursing Care Center, located at 111 Trealout Drive, Fenton, Michigan 48430.  It may be served through its registered agent at the Corporation Company, 30600 Telegraph Rd., Suite 2345 Bingham Farms, Michigan, 48025.

89.     SSC Houston Cypress Wood Operating Company, L.P. d/b/a Cypresswood Health and Rehabilitation Center, located at 10851 Crescent Moon Drive, Houston, Texas 77064.  It

may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

90.    SSC Wimberley Operating Company, L.P. d/b/a Deer Creek of Wimberley, located at 555 RR 3237, Wimberley, Texas 78676. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

91.    SSC Pittsburg Operating Company, L.P. d/b/a Diamond Ridge HealthCare Center, located at 2351 Loveridge Road, Pittsburg, California 94565. It may be served through its registered agent C T Corporation System, 1232 Q St., 1st. Floor, Sacramento, California, 95811.

92.    SSC Fort Worth Downtown Operating Company, L.P. d/b/a Downtown Health and Rehabilitation Center located at 424 South Adams, Fort Worth, Texas 76104. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

93.    SSC Kerrville Edgewater Operating Company, L.P. d/b/a Edgewater Care Center, located at 1213 Water Street, Kerrville, Texas 78028. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

94.    SSC Oakland Excel Operating Company, L.P. d/b/a Excell Health Care Center, located at 3025 High Street, Oakland, California 94619. It may be served through its registered agent C T Corporation System, 1232 Q St., 1st. Floor, Sacramento, California, 95811.

95.    SSC Pasadena Operating Company, L.P. d/b/a Faith Memorial Nursing Home, located at 811 Garner Road, Pasadena, Texas 77502. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

96. SSC Missouri City Operating Company, L.P. d/b/a First Colony Health and Rehabilitation Center, located at 4710 Lexington Boulevard, Missouri City, Texas 77459. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

97. SSC Newport Beach Operating Company, L.P. d/b/a Flagship Healthcare Center, located at 466 Flagship Road, Newport Beach, California 92663. It may be served through its registered agent C T Corporation System, 1232 Q St., 1st. Floor, Sacramento, California, 95811.

98. SSC Forest Hill Operating Company, L.L.C. d/b/a Forest Hill Health and Rehabilitation Center, located at 109 Forest Valley Drive, Forest Hill, Maryland 21050. It may be served through its registered agent The Corporation Company, 351 West Camden Street, Baltimore, Maryland, 21201.

99. SSC Fort Collins Lemay Avenue Operating Company, L.L.C. d/b/a Fort Collins Health Care Center, located at 1000 South Lemay Avenue, Fort Collins, Colorado 80524. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

100. SSC Durango Operating Company, L.L.C. d/b/a Four Corners Health Care Center, located at 2911 Junction, Durango, Colorado 81301. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

101. SSC Oakland Fruitvale Operating Company, L.P, d/b/a Fruitvale HealthCare Center, located at 3020 E. 15th Street, Oakland, California 94601. It may be served through its registered agent C T Corporation System, 1232 Q St., 1st. Floor, Sacramento, California, 95811.

102.    SSC Fort Collins Spring Creed Operating Company, L.L.C. d/b/a Garden Square at Spring Creek, located at 1000 E. Stuart Street, Fort Collins, Colorado 80525. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

103.    SSC Glen Burnie Operating Company, L.L.C. d/b/a Glen Burnie Health and Rehabilitation Center, located at 7355 Furnace Branch Road East, Glen Burnie, Maryland 21060. It may be served through its registered agent The Corporation Company, 351 West Camden Street, Baltimore, Maryland, 21201.

104.    SSC Marlin Operating Company, L.P. d/b/a Golden Years Nursing and Rehabilitation Center, located at 318 Chambers, Marlin, Texas 76661. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

105.    SSC Pleasant Prairie Operating Company, L.L.C. d/b/a Grande Prairie Health and Rehabilitation Center, located at 10330 Prairie Ridge Blvd, Pleasant Prairie, Wisconsin 53158. It may be served through its registered agent CT Corporation System, 8040 Excelsior Drive, Suite 200, Madison, Wisconsin 53717.

106.    SSC Nashville Operating Company, L.L.C. d/b/a Greenhills Health and Rehabilitation Center, located at 3939 Hillsboro Circle, Nashville, Tennessee 37215. It may be served through its registered agent C T Corporation System, 800 S. Gay St., Suite 2021 Knoxville, Tennessee 37929.

107.    SSC Waco Greenview Operating Company, L.P. d/b/a Greenview Manor, located at 401 Owen Lane, Waco, Texas 76710. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

108. SSC Annapolis Operating Company, L.L.C. d/b/a Heritage Harbour Health and Rehabilitation Center, located at 2700 South Haven Road, Annapolis, Maryland 21401. It may be served through its registered agent The Corporation Company, 351 West Camden Street, Baltimore, Maryland, 21201.

109. SSC Flint Operating Company, L.L.C. d/b/a Heritage Manor Healthcare Center, located at G03201 Beecher Road, Flint, Michigan 48532. It may be served through its registered agent at the Corporation Company, 30600 Telegraph Rd., Suite 2345 Bingham Farms, Michigan, 48025.

110. SSC Kerrville Hilltop Village Operating Company L.P. d/b/a Hilltop Village Nursing and Rehabilitation Center, located at 140 Hilltop Road, Kerrville, Texas 78028. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

111. SSC Goldthwaite Operating Company, L.P. d/b/a Hillview Manor, located at 110 Rice Street, Goldthwaite, Texas 76844. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

112. SSC Westland Operating Company, L.L.C. d/b/a Hope Healthcare Center, located at 38410 Cherry Hill Road, Westland, Michigan 48185. It may be served through its registered agent at the Corporation Company, 30600 Telegraph Rd., Suite 2345 Bingham Farms, Michigan, 48025.

113. SSC Seventeenth Street Associates, L.L.C. d/b/a Huntington Health and Rehabilitation Center, located at 1720 17th Street Huntington, West Virginia, 25701. It may be served through its registered agent C T Corporation System, 5400 D Big Tyler Road Charleston, West Virginia 25313.

23

114. SSC Arlington Operating Company, L.P. d/b/a Interlochen Health and Rehabilitation Center, located at 2645 W. Randol Mill Road, Arlington, Texas 76012. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

115. SSC Harris Jacinto City L.P. d.b.a. Jacinto City Healthcare Center, located at 1405 Holland Avenue, Houston, Texas 77029. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

116. SSC Denver Red Rocks Operating Company, L.L.C. d/b/a Jewell Care Center of Denver, located at 4450 E. Jewell Avenue, Denver, Colorado 80222. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

117. SSC Kenansville Operating Company, L.L.C. d/b/a Kenansville Health and Rehabilitation Center, located at 209 Beasley Street, Kenansville, North Carolina 28349. It may be served through its registered agent CT Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina 27601.

118. SSC Greeley Kenton Operating Company, L.L.C. d/b/a Kenton Manor, located at 850 25th Avenue, Greeley, Colorado 80634. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

119. SSC Kountze Operating Company, L.P. d/b/a Kountze Nursing Center, located at 604 FM 1293, Kountze, Texas 77625. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

120.    SSC San Diego La Paloma Operating Company, L.P. d/b/a La Paloma Nursing Center, located at 138 S FM 1329, San Diego, Texas 78384.   It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

121.    SSC Waco Lakeshore Village Operating Company, L.P. d/b/a Lakeshore Village Healthcare Center, located at 2320 Lakeshore Drive, Waco, Texas 76708.   It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

122.    SSC McAllen Las Palmas Operating Company, L.P. d/b/a Las Palmas Healthcare Center, located at 1301 East Quebec, McAllen, Texas 78501.   It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

123.    SSC Lebanon Operating Company, L.P. d/b/a Lebanon Health and Rehabilitation Center, located at 731 Castel Heights Court, Lebanon, Tennessee 37087.   It may be served through its registered agent C T Corporation System, 800 S. Gay St., Suite 2021, Knoxville, Tennessee 75201.

124.    SSC Levelland Operating Company, L.P. d/b/a Levelland Nursing & Rehabilitation Center, located at 210 West Avenue, Levelland, Texas 79336.   It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

125.    SSC Statesville Maple Leaf Operating Company, L.L.C. d/b/a Maple Leaf Health Care, located at 2640 Davie Avenue, Statesville, North Carolina 28677.   It may be served through its registered agent CT Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina 27601.

126. SSC Harris Village, L.P. d/b/a Memorial City Health and Rehabilitation Center, located at 1341 Blalock Drive, Houston, Texas 77055. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

127. SSC San Antonio Memorial Operating Company, L.P. d/b/a Memorial Medical Nursing Center, located at 307 W. Cypress, San Antonio, Texas 78212. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

128. SSC Methuen Operating Company, L.L.C. d/b/a Methuen Health and Rehabilitation Center, located at 480 Jackson Street, Methuen, Massachusetts 01844. It may be served through its registered agent C T Corporation System, 155 Federal St., Suite 700, Boston, Massachusetts, 02110.

129. SSC Pueblo Operating Company, L.L.C. d/b/a Minnequa Medicenter, located at 2701 California, Pueblo, Colorado 81004. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

130. SSC Carmichael Operating Company, L.P. d/b/a Mission Carmichael HealthCare Center, located at 3630 Mission Avenue, Carmichael, California 95608. It may be served through its registered agent C T Corporation System, 1232 Q St., 1st. Floor, Sacramento, California, 95811.

131. SSC Denver South Monaco Operating Company, L.L.C. d/b/a Monaco Parkway Health and Rehabilitation Center, located at 895 Monaco Pkwy., Denver, Colorado 80224. It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

132. SSC Hamilton Operating Company, L.L.C. d/b/a Montebello HealthCare Center, located at 1599 Keokuk Street, Hamilton, Illinois 62341. It may be served through its registered agent C.T. Corporation System, 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604.

133. SSC Mount Vernon Operating Company, L.L.C. d/b/a Nature Trail Health Care Center, located at 1001 South 34th Street, Mount Vernon, Illinois 62864. It may be served through its registered agent C.T. Corporation System, 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604.

134. SSC Newport Operating Company, L.L.C. d/b/a Newport Health and Rehabilitation Center, located at 135 Generation Drive, Newport, Tennessee 37821. It may be served through its registered agent C T Corporation System, 800 S. Gay St., Suite 2021 Knoxville, Tennessee 37929.

135. SSC Andersonville Operating Company, L.L.C. d/b/a Norris Health and Rehabilitation Center, located at 3382 Andersonville Highway, Andersonville, Tennessee 37828. It may be served through its registered agent C T Corporation System, 800 S. Gay St., Suite 2021 Knoxville, Tennessee 37929.

136. SSC Glen Burnie North Arundel Operating Company, L.L.C. d/b/a North Arundel Health and Rehabilitation Center, located at 313 Hospital Drive, Glen Burnie, Maryland 21061. It may be served through its registered agent The Corporation Trust, Inc. 351 West Camden Street Baltimore, Maryland 21201.

137. SSC McKinney Operating Company, L.P. d/b/a North Park Health and Rehabilitation Center, located at 1720 N. McDonald, McKinney, Texas 75069. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

138.   SSC Atlanta Operating Company, L.L.C. d/b/a Northeast Atlanta Health and Rehabilitation Center, located at 1500 South Johnson Ferry Road, Atlanta, Georgia 30319.   It may be served through its registered agent Corporation Process Company, 2189 Satellite Blvd. Suite 400 Duluth, Georgia 30097.

139.   SSC San Antonio Northgate Operating Company, L.P. d/b/a Northgate Health and Rehabilitation Center, located at 5757 North Knoll, San Antonio, Texas 78240.   It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

140.   SSC Houston Northwest Operating Company, L.P. d/b/a Northwest Health and Rehabilitation Center, located at 17600 Cali Drive, Houston, Texas 77090.   It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

141.   SSC Odin Operating Company, L.L.C. d/b/a Odin HealthCare Center, located at 300 Green Street, Odin, Illinois 62870.   It may be served through its registered agent C.T. Corporation System, 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604.

142.   SSC Baltimore Operating Company, L.L.C. d/b/a Overlea Health and Rehabilitation Center, located at 6116 Belair Road, Baltimore, Maryland 21206.   It may be served through its registered agent The Corporation Trust Inc., 351 West Camden Street Baltimore, Maryland 21201.

143.   SSC Palisade Operating Company, L.L.C. d/b/a Palisades Living Center, located at 151 E. 3rd Street, Palisade, Colorado 81526.   It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

144.     SSC Pampa Operating Company, L.P. d/b/a Pampa Nursing Center, located at 1321 W. Kentucky, Pampa, Texas 79065.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

145.     SSC Athens Operating Company, L.P. d/b/a Park Highland Nursing & Rehabilitation Center, located at 711 Lucas Street, Athens, Texas 75751.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

146.     SSC Pasadena Vista Operating Company, L.P. d/b/a Pasadena Care Center, located at 4006 Vista Road, Pasadena, Texas 77504.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

147.     SSC Laurel Operating Company, L.L.C. d/b/a Patuxent River Health and Rehabilitation Center, located at 14200 Laurel Park Drive, Laurel, Maryland 20707.  It may be served through its registered agent The Corporation Trust Inc., 351 West Camden Street Baltimore, Maryland 21201.

148.     SSC Weatherford Peach Tree Operating Company, L.P. d/b/a Peach Tree Place, located at 315 Anderson Street, Weatherford, Texas 76086.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

149.     SSC Englewood Operating Company, L.L.C. d/b/a Pearl Street Health and Rehabilitation Center, located at 3636 South Pearl Street, Englewood, Colorado 80110.  It may be served through its registered agent The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

150.     SSC Mystic Operating Company, L.L.C. d/b/a Pendleton Health and Rehabilitation Center, located at 44 Maritime Drive, Mystic, Connecticut 06355.  It may be

served through its registered agent C T Corporation System, 1 Corporate Center, Floor 11 Hartford, Connecticut 06103.

151. SSC Silsbee Operating Company, L.P. d/b/a Pine Arbor, located at 705 Highway 418, West Silsbee, Texas 77656. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

152. SSC Asheboro Operating Company, L.L.C. d/b/a Randolph Health and Rehabilitation Center, located at 230 E. Presnell St., Asheboro, North Carolina, 27203. It may be served through its registered agent C T Corporation System, 150 Fayetteville St., Box 1011 Raleigh, North Carolina 27601.

153. SSC Alice Operating Company, L.P. d/b/a Retama Manor Nursing Center / Alice, located at 606 Coyote Trail, Alice, Texas 78332. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

154. SSC Nueces Retama L.P. d/b/a Retama Manor Nursing Center / Corpus Christi North, located at 2322 Morgan Ave., Corpus Christi, Texas 78405. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

155. SSC Edinburg Operating Company, L.P. d/b/a Retama Manor Nursing Center / Edinburgh, located at 1505 South Closner, Edinburg, Texas 78539. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

156. SSC Harlingen Operating Company, L.P. d/b/a Retama Manor Nursing Center / Harlingen, located at 820 Camelot Drive, Harlingen, Texas 78550. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

157.     SSC Jourdanton Operating Company, L.P. d/b/a Retama Manor Nursing Center / Jourdanton, located at 1504 Oak Street, Jourdanton, Texas 78026. It may be served through its registered agent C T Corporation System 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

158.     SSC Laredo South Operating Company, L.P. d/b/a Retama Manor Nursing Center / Laredo – South, located at 1100 Galveston Street, Laredo, Texas 78040. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

159.     SSC Laredo West Operating Company, L.P. d/b/a Retama Manor Nursing Center / Laredo – West, located at 1200 Lane Street, Laredo, Texas 78040. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

160.     SSC McAllen Retama Operating Company, L.P. d/b/a Retama Manor Nursing Center / McAllen, located at 900 South 12th Street, McAllen, Texas 78501. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

161.     SSC Pleasanton North Operating Company, L.P. d/b/a Retama Manor Nursing Center / Pleasanton North, located at 404 Goodwin St., Pleasanton, Texas 78064. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

162.     SSC Pleasanton South Operating Company, L.P. d/b/a Retama Manor Nursing Center / Pleasanton South, located at 905 W. Oaklawn Ave., Pleasanton, Texas 78604. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

163.  SSC Raymondville Operating Company, L.P. d/b/a Retama Manor Nursing Center / Raymondville, located at 1700 S. Expressway 77, Raymondville, Texas 78580.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

164.  SSC Rio Grande City Operating Company, L.P. d/b/a Retama Manor Nursing Center / Rio Grande City, located at 400 S. Peter Diaz Jr. Ave., Rio Grande City, Texas 78582. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

165.  SSC Robstown Operating Company, L.P. d/b/a Retama Manor Nursing Center / Robstown, located at 603 E. Avenue J, Robstown, Texas 78380.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

166.  SSC San Antonio West Operating Company, L.P. d/b/a Retama Manor Nursing Center / San Antonio West, located at 636 Cupples Rd., San Antonio, Texas 78237.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

167.  SSC San Antonio North Operating Company, L.P. d/b/a Retama Manor Nursing Center / San Antonio / North, located at 501 Odgen, San Antonio, Texas 78237.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

168.  SSC Weslaco Operating Company, L.P. d/b/a Retama Manor Nursing Center / Weslaco, located at 721 Airport Dr., Weslaco, Texas 78596.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

169.     SSC Montrose San Juan Operating Company, L.L.C. d/b/a San Juan Living Center, located at 1043 Ridge, Montrose, Colorado 81401.  It may be served through its registered agent The Corporation Company, 1675 Broadway Ste. 1200, Denver, Colorado 80202.

170.     SSC New Bedford Operating Company, L.L.C. d/b/a SE Massachusetts Health and Rehabilitation Center, located at 4586 Acushnet Avenue, New Bedford, Massachusetts 02745. It may be served through its Registered Agent C T Corporation Company, 155 Federal Street, suite 700 Boston, Massachusetts 02110.

171.     SSC Loveland Operating Company, L.L.C. d/b/a Vista Health Care Center, located at 821 Duffield Court, Loveland, Colorado 80537.  It may be served through its registered agent The Corporation Company, 1675 Broadway Ste. 1200, Denver, Colorado 80202.

172.     SSC San Antonio Silver Creek Operating Company, L.P. d/b/a Silver Creek Manor, located at 9014 Timber Path, San Antonio, Texas 78250. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

173.     SSC Silver Stream Operating Company, L.L.C. d/b/a Silver Stream Health and Rehabilitation Center, located at 2305 Silver Stream Lane, Wilmington, North Carolina 28401. It may be served through its registered agent C T Corporation Company, 150 Fayetteville St., Box 1011 Raleigh, North Carolina 27601.

174.     SSC Greenfield Operating Company, L.L.C. d/b/a Southpointe Healthcare Center, located at 4500 W. Loomis Road, Greenfield, Wisconsin 53220.  It may be served through its registered agent C T Corporation Company, 8040 Excelsior Drive, Suite 200, Madison, Wisconsin 53717.

175.     SSC Harris Spring Branch, L.P. d/b/a Spring Branch Healthcare Center, located at 8955 Long Point Road, Houston, Texas 77055.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

176.     SSC Fort Collins Spring Creek Operating Company, L.L.C. d/b/a Spring Creek Healthcare Center, located at 1000 E. Stuart Street, Fort Collins, Colorado 80525.  It may be served through its registered agent The Corporation Company, 1675 Broadway Ste. 1200, Denver, Colorado 80202.

177.     SSC Sterling Operating Company, L.L.C. d/b/a Sterling Living Center, located at 1420 South 3rd Avenue, Sterling, Colorado 80751.  It may be served through its registered agent The Corporation Company, 1675 Broadway Ste. 1200, Denver, Colorado 80202.

178.     SSC Cantonsville Operating Company, L.L.C. d/b/a Summit Park Health and Rehabilitation Center, located at 1502 Frederick Road, Catonsville, Maryland 21228.  It may be served through its registered agent The Corporation Trust Inc., 351 West Camden Street, Baltimore, Maryland 21201.

179.     SSC Brush Sunset Manor Operating Company, L.L.C. d/b/a Sunset Manor, located at 2200 Edison Street, Brush, Colorado 80723.  It may be served through its registered agent The Corporation Company, 1675 Broadway Ste. 1200, Denver, Colorado 80202.

180.     SSC Sweeny Operating Company, L.P. d/b/a Sweeny House, located at 109 Mckinney, Sweeny, Texas 77480.  It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

181.     SSC Trazana Operating Company, L.P. d/b/a Tarzana Health and Rehabilitation Center, located at 5650 Reseda Boulevard, Tarzana, California 91356.  It may be served through

34

its registered agent C T Corporation Company, 818 West Seventh Street, Los Angeles, California 90017.

182.    SSC Colorado Springs Terrace Gardens Operating Company, L.L.C. d/b/a Terrace Gardens Healthcare Center, located at 2438 Fountain Boulevard, Colorado Springs, Colorado 80910. It may be served through its registered agent The Corporation Company, 1675 Broadway Ste. 1200, Denver, Colorado 80202.

183.    SSC Dallas Operating Company, L.P. d/b/a The Meadows Health and Rehabilitation Center, located at 8383 Meadow Road, Dallas, Texas 75231. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

184.    SSC Houston Westbury Place Operating Company L.L.C. d/b/a The Westbury Place, located at 5201 South Willow Drive, Houston, Texas 77035. It may be served through its registered agent C T Corporation System, 350 N. St. Paul St., Suite 2900 Dallas, Texas 75201.

185.    SSC Germantown Operating Company L.L.C. d/b/a Virginia Highlands Health and Rehabilitation Center, located at W173N10915 Bernies Way, Germantown, Wisconsin 53022. It may be served through its registered agent CT Corporation Company, 8040 Excelsior Drive, Suite 200, Madison Wisconsin 53717.

186.    SSC Warren Operating Company, L.L.C. d/b/a Warren Woods Health and Rehabilitation Center, located at 11525 E. Ten Mile Road, Warren, Michigan 48089. It may be served through its registered agent The Corporation Company, 30600 Telegraph Road, Suite. 2345 Bingham Farms, Michigan 48025.

187.    SSC Weatherford Care Center Operating Company, L.P. d/b/a Weatherford Healthcare Center, located at 521 W. 7th. Street, Weatherford, Texas 76086. It may be served